## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, _Jason Hill_____, do hereby request to leave
to proceed in forma pauperis and state under oath that I am
unable to pay the costs for commencement of this __civil___
action, or to give security therefor, and that I believe I am
entitled to redress.    I further state the following:


    I am not employed (X)

        or

    I am employed by_____
and my salary is_____ per _____

    I have no other sources of income except the following
(include public assistance, social security disability, or any
other income not included above under employment and state the
amount):

_I've lost my Job Due to a left Lane violation_
_for 60 Days and No revenue at this time comming_
_in. no stalks Bonds or Extra cash_

    I have $_60.00_____ IN CASH


    I have the following funds in the bank:

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| closed |  |  |
|  |  |  |
|  |  |  |


    I own the following valuable property (include real estate,
stocks, bonds, notes, automobiles, and other valuable property,
but exclude ordinary household furnishings and clothing):

| | VALUE | |
|---|---|---|
| 1 House | $ 80,000 | owe 80,000 |
| 1 Care Ford windstar | $ 10,000 | owe 12,000 |
|  | $ | |

I have the following debts:

Hw sewer 60.⁰⁰    insurance car 150 month    Gas for car 100 per month
water    60.⁰⁰    Fire 15⁰⁰ Parmunt
Heat    105.⁰⁰    Flood in 25⁰⁰ month
Electrctin 60⁰⁰    reapirs car 50⁰⁰month

I have the following dependants:

| Name | Relationship | Age |
|---|---|---|
| Jason Hill | Self | 36 |
| Shirley Hill | Wife | 52 |
| | | |

_Jason Hill_
(Plaintiff)

I declare under penalty of perjury that
the foregoing is true and correct.
Signed this ___11th___ day of ___Nov___,
20_03_.
_Jason Hill_
Plaintiff's Signature

ORDER

AND NOW, this _____ day of _____, 20___

Motion granted.

_____
UNITED STATES DISTRICT JUDGE