FILED
IN CLERK'S OFFICE

2004 FEB 13  P 4:37

DISTRICT COURT
DISTRICT OF MASS.

MEMORANDUM

Dated: 12/18/03 10:00 p.m.

From: Jason H. Hill
    2781 Raymond Ave.,
    Latrobe, Penna. 15650

Re: Traffic Citation: K3838691 Dated: 7/03/03
    Hearing held 12/18/2003 at 1:00 p.m. at Ware District Court

Present: Assistant Clerk-Magistrate Nancy Flavin
    Officer Randy Topor, Ware Police Department
    Bailiff
    Jason H. Hill

Absent: Officer Peter Harder, Badge #2, Ware Police Dept.
    The Officer initiating the traffic ticket

The following is my recollection of what occurred at the Hearing held in the above matter.

I arrived at Court and was checked over or "frisked" for weapons or knives, etc. I had a tape recorder on my person and the Bailiff took the tape recorder, which he returned after the Hearing. I sat down outside the Court Room and waited until approximately 2:00 p.m. when I was called into the Court Room.

1

I walked over to a table and asked if this is where I sit down. There was a woman sitting across from me at the table, she replied "Yes." So I sat down. I noticed a plaque saying "Assistant Clerk-Magistrate Nancy Flavin. She seemed very friendly at that time. I was sworn in.

I was sworn in at this time. I asked for the rules of the Court. She said "There are none. It's like this, the Police Officer testifies to the charge, then I say 'Yes, I did' or 'No I didn't to the charge of speeding."

Officer Topor proceeded to look up my case in some leather bag and couldn't find the testimony from the arresting Officer Peter Harder.

I was asked to leave the Court Room and wait in the Lobby until the papers could be found. I was then called back inside the Court Room, and I sat down again.

Ms. Flavin told Office Topor to tell Officer Harder's story of what happened on July 3, 2003 regarding the charge of speeding from the papers that were Faxed from the Police Department.

I asked to see the papers. They, the Court, said I had no right to see the papers Officer Topor was going to read to the Court.

I asked "Where's the Judge?" Ms. Flavin said," I'm the Judge." I said, "I

2

want a Judge." Ms. Flavin said. "You have no right to a Judge in this Court.

I asked, "Why not?"

She gets mad and uptight and said, "This is the way it is. There are no Rights but my Rights in this Court. I'm the acting Judge here and the rules are: The Officer says his statement and then you say 'Yes' or 'No'. I said, "O.K."

The Officer Topor starts reading from the FAX, "The Driver (indicating me) was heading Northbound and Officer Harder was driving in the opposite direction (or South) and clocked Mr. Hill with his calibrated radar at 52 mph in a 40 mph zone."

I objected to the radar (there were no records in the Court regarding the Radar). Officer Topor gets mad and says, "Shut Up."

Then I say, "Objection."

Officer Topor resumes speaking, "Mr. Hill was then sighted for.....

I said "Objection. I have sent a Discovery Motion to the Court [regarding the radar] and to the Citing Police Officer Peter Harder. I was also given the Prosecutor's Name, Address and the Court's address at that time.

Officer Topor stood up and said, "If you speak again I will personally tape your mouth shut."

I said, "Objection." The Bailiff came and put his hand on my shoulder and said, "Sit down."

Ms. Flavin said, "Mr. Hill please be quiet until he's ( Officer Topor) done with the statement." I complied with her request.

Officer Topor continued reading the statement. "Officer Harder made a U-Turn. Officer Harder said he stopped Mr. Hill's vehicle and sighted him for speeding. [When I saw the Officer turn around I pulled off on the side of the road, I stopped and waited for the Officer to come to my tractor-trailer]. Mr. Hill asked Officer Harder if I could see the readout of the radar unit and he said that I had no right to see the unit. He then said, 'I'll be back with your citation and you stay put.' Mr. Hill waited approximately 20 minutes. Officer Harder gave Mr. Hill the citation for speeding." That was the end of the testimony given by Officer Topor.

Next the Assistant Clerk-Magistrate Ms. Flavin said, "Mr. Hill are these facts true, were you speeding 52 mph in a 40 mph zone?"

I said, paraphrasing UCC 1-207 from a paper I held, "I reserve my right not

To be compelled to perform under any contract or commercial agreement that

I did not enter knowingly, voluntarily…

The Assistant Clerk-Magistrate Ms. Flavin stopped me and said, "This is no contract, it is a speeding ticket."

I said, "This is a contract I did not knowing or voluntarily enter into. You people are trying to ruin my livelihood by charging me with this offence without any chance to defend myself."

She said, "I don't give a Damn. 'Yes' or 'No' Mr. Hill?"

I replied, "I can't answer that."

Ms. Flavin looked stunned and made her determination of "Guilty".

I asked where to I go for Appeal. I was told where to go. I paid $20.00 for Appeal and the matter will be heard on Friday, March 26, 2004 at 9:00 a.m.

I was then confronted by the Bailiff (who attended my Hearing). He said, "Don't you understand the Rules around here. Just say 'yes' or 'no, don't' you understand that?"

I said, "Yes or No, I'm guilty regardless of 'yes' or 'no.' I have no rights here."

I then asked where I get the records for street signs being replaced. The Bailiff said. "Up the street you can get all the records of signs being replaced."

I said to the Bailiff "There will be no more hearing here for me." And I walked out of the Court House.

*[Signatures]*

Notarial Seal
William D. Buchanan, Notary Public
Latrobe Boro, Westmoreland County
My Commission Expires July 8, 2008
Member, Pennsylvania Association Of Notaries

Jason H. Hill
Cell Phone # (724) 787-0110