2 of 8

1-8 memorandum written By Orson H. Hill
RE, traffic citation
12-18-03 10:00 present time
memorandum of what occurred

From the table I'm sitting at I asked if this is were I'm [I] sat Down she replyed "yes"
So I sat Down

DISTRICT COURT
DISTRICT OF MASS

At this hearing

I Arived At court I was

Then I noticed the plaque

checked over or frisked for weapons or Knives, I had a tape

said Assistant clerk of magistrate

recorder and the Bailiff kept

On the plaque she seemed

the player, he returned player

very friendly At that time

after hearing I sat Down

then I asked for rules of the court she said their is none

and waited and then around Approx 2:00pm I called into the court room

It's like this the police officer

I sat Down and their was

testify yes to the charge

2 women sitting across from

District Court - office of the clerk - magistrate

James H. Bloom Ware District Court 71 south street

P.O. Box 300 Ware, Mass 01082-0300

Jason H. Hill

V

Commonwealth
of
Massachussetts
District Courts and
Peter Herder, 02

citation No.

V-383896.91

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $ 1.98
Certified Fee 2.30
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.28

Sent To office of clerk magistrate
Street, Apt. No.; or PO Box No. Ware Dist court 71 south street
City, State, ZIP+4 PO Box 300 Ware, Mass 01082-0300

PS Form 3800, June 2002

Under the Commonwealth of Massachussets Municiple Court Section Rule 27A Depositions and Discovery?

11. What is the section Code of the Alleged Violation That may have occured?

12. What Direction was you facing or Driving at Time of Alleged Violation?

13. Approximatly how fast was the flow of traffic moving?

14. Due To Holiday Eve was the traffic thick?

15. Does massachussetts perticipate the 85th Percentile Rule?

16. Is the violation In this instance here a Section Code

17. What color was the Vehical Behind me?

18. Was the Alleged Driver seem to Be Driving IRRatical at the time of stop?

19. How come you were In a Bad mood?

20. Were you shot at last night?

21. Who is your supervisor?    and Badge No.

22. Did the Alleged Violation take place on a Interstate Hishway?

23. what is your supervisors Rank?

24. How long Have you Been a traffic officer?

25. what was the Road conditions?

26. was the moon full at time of Alleged violetion occur?

27. Did you stop the Right Vehicel?

28. where Did you train to Be a police officer?

29. was you Ever Accused of Harresment?

30. Was their a trailer Behind the truck?

31. what was the year and make? of trailer?

32. was their probable cause for the stop?

33. Was their an accident Involved?

34. Did you make out a police Report of the ~~Seean~~ scene?

35. was the trailer stolen?

36. was the Alleged Driver Being unreasonably unsafe?

37. what was the Alleged Date of Violation?

38. Did the Alleged Driver use his or her turn signal at time of Alleged Violation?

39. Did the Alleged Driver have his or her seat Belt on at time of Violation?

40. Did Driver have any warrents out for his arrest?

41. was all the lights operating During the Alleged Violation?

42. was their Debris or Excess polution Comming from the Alleged Vehical at time of Incident occured?

43. was the uniform or type of clothing you were wearing a certifyed Police Issued Uniform?

44. was the Alleged squad car unmarked or marked car?

45. what county Bouro twp. city Did Alleged Video take place?

46. How Far away from me were you when you observed the Alleged violation?

47. How Did you Determine the Alleged speed?

48. Did you offer to let the Driver look at the readout on the Radar unit?

49. Was their Blowing objects around when the alleged violation occured? Like Leaves trash Dust

50. Was your Vehical set up with a ground unit to Keep the radar unit from Giving false signals

51. Do you have and official Inspection of the vehical you were Driving

52. Were their power lines Nearby that could cause Interferance with the radar unit.

Your failer to provide same within the time provided under Discovery Rule 27 under Massachussetts code within 30 Days Period Will Result In Dismissial and or Sanctions also will Be By the Commonwealth according to massachussetts Laws with all Witnesses and/or reports

<u>Please Be Guided Accordingly</u>

If you have Immediate Questions you may call me 24/7 (724) 787-0110)

Court Hearing Request to Citation Process center Box 199125, Boston Mass. 02119-9125

Jason H. Hill
DL 21717508 Fed
commercial Driver

V

Commonwealth of Massachussetts
Dist courts of massachusetts

resting officer of ware massachusetts
Peter Harder Badge No. 02

civil Action No

K3838691

Date of cit 07-03-03

FILED
07-15-03

Under The Massachusetts Federal and The constitution 5th and 14th Admendments Demand for court Reporter for Record Keeping In case of Appeal Process, also for Documentation and Docket sheets for the case.

District Court - office of the clerk - magistrate

James H. Bloom   Ware District Court   71 south street
P.O. Box 300   Ware, Ma   01082-0300
Phone (413) 967-3301

---

Jason H. Hill

V

Commonwealth
of
Massachussetts
District Courts - Peter Herder, 02
of Massachussets

Date of ct 07-03-03

Civil Action No
K-3838691

---

Form DCM-36 (Subpoena Duces TECUM)
(Rule 45) Commonwealth of Massachussetts
District Court of Massachussetts

To _____ You Are Hearby Commanded
    Arresting officer Badge No

IN The Name of the Commonwealth of Massachussetts To Give Copies of Documents, Records All Needed to Prepare for trial I will need list(s) the Names and Types of Documents, Records and how I want to Be Recieved In a timely mannor and also need Some time to study and Go over these Documents and Records to prepare for trial?

1. The Radar Units Calibration Records and maintenance Records IN. Numerical order with all Pages Numbers clear and in Ledgible form. also all Pages Intact.

2. a copy of the officers radar training Certifications.

3. The agentcy's F.C.C. Federal Communications Commission licence, a copy?

4. List(s) of All models, makes and serial Numbers of all radar units being Used by your agentcy?

5. also added I need a copy of your training manual with all pages Intact and all Numbers of Pages Visible from front to Back?, also In Readable form.

6. the Actual Radar Itef at trial

6. also would need to see a <u>mechanics report(s)</u> to make sure theirs a static aliminator in patrol car to make sure the units working properly from Engine fan noise Air Conditioning Blower Interferience sigals. or possible false Readings.

7. also Need a copy of the Book or manual of the Rader used at time of Aleged Incident occured. also All Pages must Be marked, all intact, in numerical order.

8. Also The rader unit Itself with tuning forks at time of trial

9. Also would like to subpoena the officers supervisor To Ask Questions about the ~~offer~~ officers penmanship and unproffessional menor.

District Court - office of the Clerk Magistrate

James H. Bloom Ware District Court 71 South Street
P.O. Box 300 Ware, Mass 01082-0300

---

Jason H Hill

V

Commonwealth of
Massachussets
District Court - Peter Harder 02

Civil Action No.
K-383869/

---

Form DCM-29   Notice of Application for
Final Judgement for Relief or Dismissal for
Failure to Answer Interrogatories (Rule 33(a))



Commonwealth of Massachusetts
District Court of Massachusetts

)
)
) civil action No.
)          K-3838691
)

The parties herein are hereby notifyed that for failier to file timely (answers) (further Answers) to Interrogatories _____, (Plaintiff) (~~Defendant~~) herein, has requested that final Judgement for Relief (dismissal) Be Entered against (plaintiff) (Defendant) herein,

unless said Answers and subpoenes are Answered within (30) days from this Date 9-16-03 of Notice or prior to the filing of the reapplication for a final Judgement for Relief or Dismissal whichever is later the final Judgement for (Relief)(Dismissal) Applied for will Be entered pursuant to Rule 33(A) Agreements Between parties to Extend the 30 Day Period mentioned herein shall be in writing and. Be filed with the Court.

Date stamped time



REMOVE THIS EDGE BEFORE MAILING

▼    ▼    ▼    ▼

K3838691

**REMEMBER:**

- Check off either the "Payment" or "Hearing Request" box on the front of this envelope.
- When making a payment, include the total amount due. DO NOT SEND CASH. Please write the citation number, your driver's license number and state of issue on your check or money order.
- Enclose the original citation. Make a copy of the citation for your own records.
- Do not include letters or other information you want a court magistrate to consider; instead, bring this information to your hearing.
- Report address changes on the front of this envelope.

FILED
CLERKS OFFICE

2004 FEB 13 P 4: 37

DISTRICT COURT
DISTRICT OF MASS.

TO SEAL — REMOVE BACK FLAP ONLY, MOISTEN OTHER SIDE OF THIS FLAP, AND FOLD OVER.

Jason Hill
2781 Reymond Ave
Latrobe Pa 15650

☐ CHECK HERE IF NEW ADDRESS

☐ PAYMENT
☐ HEARING REQUEST

☑ Jury trial

PLACE STAMP HERE
The Post Office will not deliver mail without postage

CITATION PROCESSING CENTER
P.O. BOX 199125
BOSTON, MA 02119-9125