UNITED STATES DISTRICT COURT
District of Massachusetts (Boston)
March 22, 2004

| | |
|---|---|
| Jason Harry Hill | : |
| 2781 Raymond Ave. | : |
| Latrobe, Penna. 15650 | : |
| Plaintiff | : |
| | : |
| vs. | : CIVIL CASE NO. |
| | : 1:03-cv-1240-MLW |
| Nancy Flavin, Asst. Clerk-Magistrate | : |
|   Ware District Court | :   AMENDMENT TO NOTICE |
| Officer Randy Topor, Ware Police | :     OF REMOVAL |
|   Department | : |
| Officer Peter Harder, Badge #2, Ware | : |
|   Police Department | : |
| et. al, | : |
| Defendants | : |

## COMPLAINT

1. The plaintiff   Jason Harry Hill   A citizen of the County of

   Westmoreland, State of Pennsylvania, residing at 2781 Raymond

   Latrobe, Penna. 15650

   wishes to file a complaint under 42 U.S.C. 1983.

2. The defendants are Nancy Flavin, Asst. Clerk-Magistrate, Ware District

   Court; Officer Randy Topor, Ware Police Department; Officer Peter

   Harder, Badge #2, Ware Police Department

1

## 3. STATEMENT OF CLAIM:

On December 18, 2003 at 1:00 p.m. a Hearing was conducted regarding Traffic Citation K38386912, dated 7/03/03 in Ware District Court, Ware Mass. by Assistant Clerk-Magistrate Nancy Flavin.

This letter is to be considered as filing a Civil Rights Complaint regarding how the Hearing was conducted. Attached is a typed copy of my original notes, duly notarized, made on the day the Hearing was held (a typed copy is also attached).

I entered a Motion for Discovery regarding the radar used for the citing **of** the ticket (copy enclosed) at Ware District Court on October 8, 2003 (copy attached). This document was stamped by the Clerk at that time. This Motion was never replied to; neither by the Police Officer Peter Harder nor the Prosecuting Attorney in North Hampton, Mass. although they each received a stamped copy of the Motion.

Subpoena Duces Tecum was issued to Officer Peter Harder on Oct. 8, 2003 at the Ware Court House, and was duly stamped by the Clerk. This Subpoena was also ignored (copy attached).

Both of the above documents were ignored thereby violating the "due process of law" under the Fifth and Fourteenth Amendments of the United States Constitution, the Bill of Rights, and the Civil Rights Act of 1964.

The answers to the above Motion for Discovery and the Subpoena should have been made available prior to my Hearing on December 18, 2003 so I could prepare a proper defense.

On January 26, 2004 I entered a Notice to Compel Discovery and a motion to dismiss the charges (copy attached). My appeal date is March 26, 2004. On October 8, 2003 I entered a plea that I be heard by a Judge, and a plea that a Court Reporter be present at the Hearing on December 19, 2003 in order to have a written record of the Hearing. These pleas were returned to me without answer (copies attached).

Since my Motion for a Court Reporter was not answered, I decided to bring a tape recorder to record the proceedings. Prior to the Hearing I was frisked for weapons, which is legal under [392 U.S. 1] and with proper consent [412 U.S. 218]. I contend seizure of my tape recorder, whether voluntary or involuntary, was not legal, as it presented no "clear or present danger". Unreasonable seizure includes actual taking of personal property. The Fourth and Fourteenth Amendment to the Constitution protect persons from unreasonable searches and seizures. A seizure, without probable cause, is unreasonable [296 S.W. 1095, 1097]. Because a person is unaware of their rights under the law does not make this law any less viable. A fair hearing for seizure of property must be accorded prior to deprivation [237 U.S. 309].

The Court did know the law and violated it anyway connoting fraud [726 S.W. 2nd 537, 1987]. Accordingly, consideration of what procedure "due process" may require, under any given set of circumstances, must begin with the precise nature of the government function involved, as well as the intent of that function, and the effect the government action will have on an individual [397 U.S. 254, 262-263]. The recorder's removal and its return after the Hearing clearly showed that the court was denying my right to have a permanent court record for a subsequent hearing violating Procedural "Due Process". The precise nature of the governmental action at Ware District Court, was to deny any recording of the procedure, which was seriously detriment to my private interest, i.e. having a permanent court record which could be used at a later date [397 U.S. 254, 262-263].

In preparation for this hearing I requested information from the Citation Processing Center, Boston, Massachusetts, as to what I would be allowed to bring in my defense. In the response to my request, there was a notation stating I could bring any and all information I wanted for the court magistrate to consider at this hearing.

According to the State of Massachusetts, any papers or information I wished to bring were to be heard and admissible. However, this was not the case. All of the information I brought, none was allowed to be entered. During court proceedings I was instructed by Ms. Flavin to be quiet and hear the charges/notes (i.e. only the notes of Officer Peter Harder and not the traffic ticket specifically) and to only answer "Yes" or "No". Ms. Flavin refused to

acknowledge that I had any information, nor did she acknowledge that I had a Motion for Discovery and a Subpoena Duce Tecum at the Courthouse. She refused to hear any mention of either paper. To date neither of the motions has been answered nor returned to me. This is in direct violation of "due process" of law, Amendment **XIV** of the United States Constitution.

The Hearing itself was an affront to my Civil Rights, [Civil Rights Act of 1964], and the "due process of law" guaranteed by the Fifth and Fourteenth Amendments of the United States Constitution. The Hearing was conducted as a closed door "secret inquest" in which the public was not allowed to be present. This is in direct conflict to equal protection of the law, under Amendment XIV of the United States Constitution. Without the public present, the court could do or justify anything it decided to do without recourse. A "Secret" or "Closed" Hearing by definition means the Defendant is at the mercy of the Court with little or no recourse as to the facts. This is particularly true since there is no written record of the proceedings except the notes I wrote after the Hearing was over (copy attached).

Massachusetts law says that the ticket for a traffic violation is itself considered presumptive evidence of guilt, and in practice has meant that the police officer writing the ticket does not have to appear at the initial hearing [Mass. Stat. 90C Sec. 3(A)(4)]. This meant that I could not question the Officer which is my right under "due process". I did have information which directly conflicted with the Officer's view of the incident. The ticket itself was not read into the record and was merely referred to at a later date. Assistant-Clerk-Magistrate Flavin requested Officer Randy Topor to read into the record a Faxed copy of what purported to be notes written by Officer Peter Harder. I requested a copy of the Faxed notes and was told I had no right to see them. There was nothing entered into evidence that these notes were written by Officer Harder on a specific date at a specific time. Officer Topor read the alleged notes in the third person, which further negated their origin. This evidence as read must be considered as Hearsay under the Uniform Rule of Evidence. The fact that the notes were not properly entered into evidence prevents their admissibility under Business Records Exemption [Uniform Rule 63 (3)]. When Officer Topor continued to read from the Faxed copy of what purported to be what Officer Harder wrote, I objected referring to my Motion of Discovery. I was told to "shut

up". This violated my First Amendment of free speech. There was no effort of the Court to find out what happened to the Motion of Discovery. I also asked to see the radar unit
read-out and was told I had no right to the printout. Again Amendment XIV was violated by denying "equal protection of the law". In this case it appears that Statutory Law (Legislative Law under the Uniform Commercial Code) is deemed higher than the law of the land i.e. the U.S. Constitution as protected by the Judicial Court System.

A traffic ticket, or Regulatory Law, also known as a "Statute", by its very nature is a private contract with various levels of government, and carries with it certain immunities of rights as defined by the Uniform Commercial Code under Civil Law. One party performs a service, i.e. the Police Department in its duty cites an individual for a traffic violation, which they consider a direct violation of the promotion and maintenance of health safety, morals and general welfare of the public. The other party to this contract, if found guilty of said infraction, is required to pay the Legislative fine. This is a viable private contract under the Statutes of Massachusetts, and as such comes under the Uniform Commercial Code. I tried to enter a "without prejudice" UCC 1-207 plea since I signed the ticket "under duress"; the Power of the Police was omnipresent. This power is subject to, and limited by, "due process" considerations under Amendment X of the Bill of Rights, United States Constitution. I contend I had every right to enter a "without prejudice" plea. The Assistant Clerk-Magistrate Flavin made a ruling this was not a contract and ignored what I had tried to insert into the Hearing.

When Officer Toper finished reading the Hearsay evidence, I was not allowed to present any evidence I considered pertinent to this case. Once again "due process" of law was not adhered to.

ARGUMENT: Assistant Clerk-Magistrate Nancy Flavin under "color of Law" deprived me of my Civil Rights. It has been held that a United States Federal "Cause of Action" may be maintained against a state officer who under "color of law" deprives a person of his civil rights. [42 U.S.C. 1983]; Federal Criminal Code, [U.S.C. Title 18, Part I, Chapter 13, Sec. 242]. Deprivation of Rights under "color of law". The flagrant disregard of the law was unconscionable. The apparent intent of Ms. Flavin was to find me

guilty, irrespective of any evidence, which could have found otherwise. It would appear that Ms. Flavin had already determined me guilty prior to the Hearing.

It is also my contention that the "secret hearings" act created in 1978 under law entitled the "Foreign Intelligence Surveillance Act, or FISA, has been incorporated in the Commonwealth of Massachusetts. The intent was to limit the abuses of authority but in fact the outcome appears to have increased the abuses by not honoring "due process", therefore not allowing me to challenge the evidence nor answer charges against me. Due Process, as guaranteed in the Bill of Rights under the XIV Amendment of the United States Constitution, was not adhered to, or in my case was completely eliminated. My right to face my accuser, as guaranteed in our constitution, was totally ignored. It is further my contention that if these abuses, i.e. the abrogation of my constitutional rights, are not challenged in the very lowest courts of the land (where the majority of individuals have contact with the court system) then in the future our rights could also be abused in higher courts.

My sole intent for this complaint is to bring to the Committee's attention **to** the fact that I did not have a fair Hearing, better known as my "day in court". Being guilty or not guilty is not the question. Having my Civil Rights abrogated or negated is my sole contention for presenting what I conceived to be an improperly held judicial hearing.

My final thought, each individual in that courtroom, when they became a public servant, took an oath of office to protect and defend the Constitution of the United States of America. I find it disheartening and somewhat frightening that public servants could so easily ignore the rights of their fellows citizens, which they are empowered to protect.

4. WHEREFORE, plaintiff prays that the U. S. District Court, District of Massachusetts (Boston) uphold my civil rights. It would appear that to do this an investigation into the abuses that I sustained is proper and judicially correct. It is my contention that a court run under executive and/or legislative rule has no place in a court of law. Fines and their collection appear to be the main objective in local, and in some instances the State, for increasing or at least maintaining local

budgets, leaving a defendant in an impossible position of having absolutely no means of defending himself. Guilty until proven innocent is a European norm, not the way our system is supposed to be run.

Respectfully submitted,

*Jason H. Hill*

Jason H. Hill
2781 Raymond Ave.
Latrobe, Pennsylvania 15650
(724) 787-0110

Sec. Article 29

# CONSTITUTION OF THE STATE OF MASSACHUSETTES

## PREAMBLE

The end of the institution, maintenance and administration of government, is to secure the existence of the body poli- tic, to protect it, and to furnish the individuals who com- pose it, with the power of enjoying in safety and tranquil- ity their natural rights, and the blessings of life: And whenever these great objects are not obtained, the people have a right to alter the government, and to take measures necessary for their safety, prosperity and happiness. The Body-Politic is formed by a voluntary association of indi- viduals: It is a social compact, by which the whole people covenants with each Citizen, and each Citizen with the whole people, that all shall be governed by certain Laws for the Common good. It is the duty of the people, therefore, in framing a Constitution of Government, to provide for an equitable mode of making laws, as well as for an impartial interpretation, and a faithful execution of them; that every man may, at all time, find his security in them. WE, there- fore, the people of Massachusettes, acknowledging, with grateful hearts, the goodness of the Great Legislator of the Universe, in affording us, in the course of his Providence, an opportunity, deliberately and peaceably, without fraud, violence or surprize, or entering into an Original, expli- cit, and Solemn Compact with each other; and of forming a New Constitution of Civil Government, for Ourselves and Posterity; and devoutly imploring His direction in so inter- esting a Design, DO agree upon, ordain and establish, the following DECLARATION OF RIGHTS, AND FRAME OF GOVERNMENT, as the CONSTITUTION OF THE COMMONWEALTH OF MASSACHUSETTES.

## PART THE FIRST

## A DECLARATION OF THE RIGHTS OF THE INHABITANTS OF THE COMMONWEALTH OF MASSACHUSETTES.

Art. 1.  All men are born free and equal, and have certain natural, essential, and unalienable rights; among which may be reck- oned the right of enjoying and defending their Lives and Liberties; that of acquiring, possessing, and protecting property; in fine, that of seeking and obtaining their safety and happiness.

Art. 2.  It is the right as well as the duty of all men in society, publickly, and at stated seasons to worship the Supreme Being, the great Creator and preserver of the Universe. And no subject shall be hurt, molested, or restrained, in his person, Liberty, or Estate, for worshipping GOD in the manner and season most agreeable to the Dictates of his own conscience, or for his religious profession or sentiments; provided he doth not disturb the public peace, or obstruct others in their religious Worship.

Art. 3.  [As the happiness of a people, and the good order and pre-

servation of civil government, essentially depend upon piety, religion and morality; and as these cannot be generally diffused through a Community, but by the institution of the public Worship of God, and of public instructions in piety, religion and morality:  Therefore, to promote their happiness and to secure the good order and preservation of their government, the people of this Commonwealth have a right to invest their Legislature with power to authorize and require, and the Legislature shall, from time to time, authorize and require, the several Towns, Parishes, precincts, and other bodies politic, or religious societies, to make suitable provision, at their own expense, for the institution of the Public worship of God, and for the support and maintenance of public protestant teachers of piety, religion and morality, in all cases where such provision shall not be made Voluntarily. And the people of this Commonwealth have also a right to, and do, invest their Legislature with authority to enjoin upon all the subjects an attendance upon the instructions of the public teachers aforesaid, at stated times and seasons, if there be any on whose instruction they can Conscientiously and conveniently attend - Provided notwithstanding, that the several towns, parishes, precincts, and other bodies politic, or religious societies, shall, at all times, have the exclusive right of electing their public teachers, and of contracting with them for their support and maintenance. And all monies, paid by the subject to the support of the public worship, and of the public teachers aforesaid, shall, if he require it, be uniformly applied to the support of the public teacher or teachers of his own religious sect or denomination, provided there be any on whose instructions he attends; otherwise it may be paid towards the support of the teacher or teachers of the parish or precinct in which the said monies are raised. And every denomination of Christians, demeaning themselves peaceably, and as good subjects of the Commonwealth, shall be equally under the protection of the law:  And no subordination of any one sect or denomination to another shall ever be established by law.] NOTE - Art. XI, substituted for this.

Sec. 4.  The people of this Commonwealth have the sole and exclusive right of governing themselves, as a free, sovereign, and independent State; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, which is not, or may not hereafter, be by them expressly delegated to the United States of America in Congress assembled.

Sec. 5.  All power residing originally in the people, and being derived from them, the several magistrates and officers of government, vested with authority, whether Legislative, executive, or judicial, are their substitutes and agents, and are at all times accountable to them.

Sec. 6.  No man, nor Corporation, or association of men, have any other title to obtain advantages, or particular and exclusive privileges, distinct from those of the Community, than what arises from the consideration of services rendered to the public; and this title being in nature neither heredit-

ary, nor transmissible to children, or descendants, or rela-
tions by blood, the idea of a man born a magistrate, law-
giver, or judge, is absurd and unnatural.

Sec.   7.    Government is instituted for the Common good; for the pro-
tection, safety, prosperity and happiness of the people; and
not for the profit, honor, or private interest of any one
man, family or Class of men:   Therefore the people alone
have an incontestable, unalienable, and indefeasible right
to institute government; and to reform, alter, or totally
change the same, when their protection, safety, prosperity
and happiness require it.

Sec. 8.    In order to prevent those, who are vested with authority,
from becoming oppressors, the people have a right, at such
periods and in such manner as they shall establish by their
frame of government, to cause their public officers to re-
turn to private life; and to fill up vacant places by cer-
tain and regular elections and appointments.

Sec. 9.    All elections ought to be free; and all the inhabitants of
this Commonwealth, having such qualifications as they shall
establish by their frame of government, having an equal
right to elect officers, and to be elected, for public
employments.

Sec. 10.   Each individual of the society has a right to be protected
by it in the enjoyment of his life, Liberty and property,
according to standing laws. He is obliged, Consequently, to
contribute his share to the expense of this protection; to
give his personal service, or an equivalent, when necessary:
But no part of the property of any individual, can, with
justice, be taken from him, or applied to public uses, with-
out his own consent, or that of the representative body of
the people.   In fine, the people of this Commonwealth are
not controllable by any other Laws then those to which their
Constitutional Representative body have given their consent.
And whenever the public exigencies require, that the proper-
ty of any individual should be apportioned to public uses,
he shall receive a reasonable compensation therefor.

Sec. 11.   Every subject of the Commonwealth ought to find a certain
remedy, by having recourse to the laws, for all injuries or
wrongs which he may receive in his person, property, or
character.   He ought to obtain right and justice freely,
and without being obliged to purchase it; completely, and
without any denial; promptly, and without delay; conformably
to the laws.

Sec. 12.   No subject shall be held to answer for any Crimes or of-
fence, until the same is fully and plainly, substantially
and formally, described to him; or be compelled to accuse,
or furnish evidence against himself.   And every subject
shall have a right to produce all proofs, that may be fav-
orable to him; to meet the witnesses against him face to
face, and to be fully heard in his defence by himself, or
his council, at his election.   And no subject shall be ar-

rested, imprisoned, despoiled, or deprived of his property, immunities, or privileges, put out of the protection of the law, exiled, or deprived of his life, liberty, or estate, but by the judgement of his peers, or the law of the land. And the Legislature shall not make any law, that shall subject any person to a capital or infamous punishment, excepting for the government of the army and navy, without trial by jury.

Sec. 13.  In criminal prosecutions, the verification of facts in the vicinity where they happen, is one of the greatest securities of the life, liberty, and property of the citizen.

Sec. 14.  Every subject has a right to be secure from all unreasonable searches, and seizures, of his person, his houses, his papers, and all his possessions. All warrants, therefore, are contrary to this right, if the cause or foundation of them be not previously supported by oath or affirmation; and if the order in the warrant to a civil Officer, to make search in suspected places, or to arrest one or more suspected persons, or to seize their property, be not accompanied with a special designation of the persons or objects of search, arrest, or seizure: and no warrant ought to be issued but in cases, and with the formalities prescribed by the laws.

Sec. 15.  In all controversies concerning property, and in all suits between two or more persons, except in cases in which it has heretofore been otherwise used and practiced, the parties have a right to a trial by jury; and this method of procedure shall be held sacred, unless, in causes arising on the high seas, and such as relate to mariners wages, the Legislature shall hereafter find it necessary to alter it.

Sec. 16.  [The Liberty of the press is essential to the security of freedom in a state: it ought not, therefore, to be restrained in this Commonwealth.] ADDED - The right of free speech shall not be abridged.

Sec. 17.  The people have a right to keep and to bear arms for the common defence. And as, in time of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the Legislature; and the military power shall always be held in an exact subordination to the Civil authority, and be governed by it.

Sec. 18.  A frequent recurrence to the fundamental principles of the Constitution, and a constant adherence to those of piety, justice, moderation, temperance, industry, and frugality, are absolutely necessary to preserve the advantages of liberty, and to maintain a free government. The people ought, consequently, to have a particular attention to all those principles, in the choice of their Officers and Representatives: and they have a right to require of their lawgivers and magistrates, an exact and constant observance of them, in the formation and execution of the laws necessary for the good administration of the Commonwealth.

Sec. 19.   The people have a right, in an orderly and peaceable manner, to assemble to consult upon the common good: give instructions to their Representatives, and to request of the Legislative body, by the way of addresses, petitions, or remonstrances, redress of the wrongs done them, and of the grievances they suffer.

Sec. 20.   The power of suspending laws, or the execution of the laws, ought never to be exercised but by the Legislature, or by authority derived from it, to be exercised in such particular cases only as the Legislature shall expressly provide for.

Sec. 21.   The freedom of deliberation, speech and debate, in either house of the Legislature, is so essential to the rights of the people, that it cannot be the foundation of any accusation or prosecution, action or complaint, in any other court or place whatsoever.

Sec. 22.   The Legislature ought frequently to assemble for the redress of grievances, for correcting, strengthening and confirming the laws, and for making new laws, as the common good may require.

Sec. 23.   No subsidy, charge, tax, impost, or duties, ought to be established, fixed, laid, or levied, under any pretext whatsoever, without the consent of the people or their Representatives in the Legislature.

Sec. 24.   Laws made to punish for actions done before the existence of such laws, and which have not been declared crimes by preceding laws, are unjust, oppressive, and inconsistent with the fundamental principles of a free government.

Sec. 25.   No subject ought, in any case, or in any time, to be declared guilty of treason or felony by the Legislature.

Sec. 26.   No magistrate or court of law, shall demand excessive bail or sureties, impose excessive fines, or inflict cruel or unusual Punishments.

Sec. 27.   In time of peace, no soldier ought to be quartered in any house without the consent of the owner; and in time of war, such quarters ought not to be made but by the civil magistrate, in a manner ordained by the Legislature.

Sec. 28.   No person can in any case be subjected to law martial, or to any penalties or pains, by virtue of that law, except those employed in the army or navy, and except the militia in actual service, but by authority of the Legislature.

Sec. 29.   It is essential to the preservation of the rights of every individual, his life, liberty, property and character, that there be an impartial interpretation of the laws, and administration of justice. It is the right of every citizen to be tried by judges as free, impartial and independent as the lot of humanity will admit. It is, therefore, not only the

best policy, but for the security of the rights of the peo-
ple, and of every citizen, that the judges of the supreme
judicial Court should hold their offices as long as they
behave themselves well; and that they should have honorable
salaries ascertained and established by standing laws.

Sec. 30.    In the government of this Commonwealth, the Legislative de-
partment shall never exercise the executive and judicial
powers, or either of them: The executive shall never exer-
cise the Legislative and judicial powers, or either of them:
The judicial shall never exercise the Legislative and execu-
tive powers, or either of them: to the end it may be a gov-
ernment of laws and not of men.

United States District Court
Of the Eastern District of
massachusetts

I Hearby Demand This Case Be Removed
From State Court to Federal Court?

The Court Being Removed from
Office of clerk-magistrate

James H. Bloom
Ware District Court
71 South Street P.O. Box 300
Ware, Ma 01082-0300

Phone (413) 967-3301

state case No
K-3838691

Court Removed To
2300 U.S. District Court
1 courthouse Way Boston,
mass, 02210
      clerks office

Title 28 § 1441 Generally
Title 28 § 1446 Removal of cases
              and Proceedures

4. The Defendant IN This Case is filing
   A Notice of Removal of a         -civil
   Prosecution shall not prevent The state
   Court IN which such Prosecution is Pending
   from Proceeding further. Except that a Judgement
   of conviction shall not be entered Unless the
   Prosecution is first Remanded.  Ch 89- Dist. cts; Removal
                                          1446 C(3)

A. 1446.2 chronologic Simulation. INC. V. Sanguinetti 892 F. Supp.
   318, 321 (D. Mass 1995

B. F.D.I.C. V. S and I 85-1 LTD. 804 F. Supp. 328, 332
   (S.D. Fla 1992)

C. 107.11 (Mathew Bender 3d ed).

D. 1446.2 (2)(a)(ii) See Getty oil, Div. of Texaco, Inc.
   V. Insurance Co. of N. Am. 841 F.2d 1254, 1262-1263
   (5th Cir. 1988); Brown V. Demco, Inc 792 f 2d. 478,
   4/81-482 (5th Cir. 1986).

E. See Moreno Enters. of Kan V. 2-Teca Rests., L.P. 254 F.3d
   753, 755-757 (8th Cir. 2001

F. Brierly V. Alusuisse Flexable Packaging, Inc.
   184 F.3d 527, 533 (6th Cir 1999), cert denied 528
   U.S. 1076 (2000)

5.    (C) Content of Notice of Removal

  a. See Leonard v. Enterprise Rent-a-car, 279 F.3d 967,
     972 (11th Cir 2002)

  B.    Williams V.s Best Buy Co 269 F.3d 1316, 1320
     (11th Cir. 2001)


6,                    1446 (D)

  A Arango V. Guzman Travel Advisors Corp, 621 F.2d
    1371 1375 N. 4 (5th Cir 1980)

  B. 107,30 (2)(b) (Matthew Bender 3d ed.).

7. according to citation I've Requested a Jury Trial To Date no answer and I presume a Denial of trial to Date.

8 their was 2 copies of Everything sent to all Parties no Answers to Date.

9. Exhibit ~~IV~~ Dismissal and Relief from charge and Dismissal according to the massachussets statue Rules and Regulations Denied.

10. Jason Hill Pro-se is either Requesting Jury trial in U.S. Court for Violations of Due process, or Dismissal of charge presented

Note Jason Hill prose Gave all parties over 3 months to Respond sent 2 sets out and hand Delived 2 set to all parties no Responce on Documents to Date?

REMOVAL - HAND WRITTEN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

us Dist Court
Boston Mass 2300 us
States court y courthouse
way Boston mass 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Val Maines_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
S Karnos  11/13

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7002 3150 0004 2038 2153

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540



# Massachusetts Trial Court
## District Court Department
### Eastern Hampshire Division

DUSEK - GOMEZ

First Justice, NANCY DUSEK-GOMEZ
Clerk/Magistrate, WILLIAM P. NAGLE, JR.
(413) 967-1301   (413) 967-7711
FAX: (413) 967-7986
(413) 967-3301

71 South Street
Post Office Box 200
Ware, Massachusetts 01082

Judge CPO. DAVID E RCY
(413) 967-1302   (413) 967-9469
FAX (413) 967-5196

## NOTICE OF APPEAL DATE

This notice will acknowledge the appeal of the decision of the Clerk/Magistrate/Assistant Clerk at your Civil Motor Vehicle infraction hearing held today.

Name: _Jason Hel_

Citation No. _R3838691_

Date of Violation: _R3838691 - 7-3-03_

Police Department: _None_

Officer/Trooper: _Haiden_

The appeal to a Judge in this matter will be heard on _Friday_ _March 26, 2004_ at 9:00 a.m. in the courtroom. Be sure that you and any witnesses are there promptly at that time or you will waive your rights with respect to the appeal.

Dated: _12-18-03_

_Nancy Haven_
Clerk/Asst. Clerk Magistrate

_court Arizon for Hearings tape running
recorded_

 

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

January 13, 2004

Mr. Jason Hill
2781 Raymond Avenue
Latrobe, PA 15650

Dear Mr. Hill:

I am responding to a request from Rosemary Breslow for copies of the documents filed by you in <u>Hill v. Commonwealth</u>, C.A. No. 03-12420-MLW. Ms. Breslow asked that one set of copies be sent to her and that one set of copies be sent to you.

When I spoke to Ms. Breslow, I was not aware that you had filed two extra copies of your pleadings. Because only one copy of the pleadings is required to be filed and because the Court charges a fee of $.50 per page for manual copying, I am returning one set of copies to you and one set to Ms. Breslow so that no payment for copying will be necessary.

Very truly yours,

Linn A. Weissman
Pro Se Office

Enclosures.

cc (w/enclosures):   Ms. Rosemary Breslow
                     318 Freemason Drive
                     Elizabethtown, PA  17022

## United States District Court
## District of Massachusetts (Boston)
**CIVIL DOCKET FOR CASE #: 1:03-cv-12420-MLW**
### Internal Use Only

*Judge*
*Mark L. Wolf*
*ce thcan Boyce 617-748-9153*

Hill v. Commonwealth of Massachusetts
Assigned to: Judge Mark L. Wolf
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 11/13/03
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

*U Johnston*
*7489/59*
*7489155  Dock clerk*

**Plaintiff**
-----------------------

**Jason Hill**

represented by **Jason Hill**
2781 Raymond Ave.
Latrobe, PA 15650
PRO SE

V.

**Defendant**
-----------------------

**Commonwealth of Massachusetts**

| Filing Date | # | Docket Text |
|-------------|-----|-------------|
| 11/13/2003 | ●1 | MOTION for Leave to Proceed in forma pauperis by Jason Hill. (Jenness, Susan) (Entered: 12/02/2003) |
| 12/02/2003 | ● | Case undergoing preliminary screening (Jenness, Susan) (Entered: 12/02/2003) |

*Susan Jenness*
*617 748 9130*



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

March 8, 2004

Jason H. Hill
2781 Raymond Drive
Latrobe, PA 15650

Dear Mr. Hill:

Thank you for contacting the Office of Attorney General Thomas F. Reilly.

However, a review of your correspondence indicates that the Office of the Attorney General is not the proper forum for your concerns. I have forwarded your correspondence to the Commission on Judicial Conduct. You can reach them at: 14 Beacon Street, Suite 102, Boston, MA 02108 or by calling: 1-617-725-8050.

I apologize that we may not be of direct assistance to you, I hope this information is useful to you.

Sincerely,

Lori Suher
External Affairs
Executive Bureau

Jason H. Hill
2781 Raymond Drive
Latrobe, Penna.
(724) 787-0110
February 20, 2004

Tom Reiley, Attorney General
Commonwealth of Massachusetts
One Exchange Place
Worchester, Massachusetts, 10608

Re: Complaint to the Committee on Professional Responsibility for Clerks
    of the Supreme Judicial Court of the Commonwealth of Massachusetts

Dear Sir:

Enclosed is a letter I wrote to the Committee on Professional Responsibility for Clerks of
the Supreme Judicial Court registering a complaint regarding my view of how the
Assistant Clerk-Magistrate of Ware, Massachusetts conducted a hearing in my case.

I am sending this information to give you notice of how the lower courts ignore court
procedures in the in the area of traffic violations and/or misdemeanors. In a criminal case
"due process", facing one's accuser, etc. is followed to the letter. Does placing a traffic
violation in a civil court automatically throw out the Constitution of the United States, the
Bill of Rights and the Civil Rights Act in the area of jurisprudence? Are the checks
and balances of the Executive, Legislative and the Judicial no longer a viable means of
making sure each part of government fulfills its responsibility to an individual? Has
collecting revenue taken precedence over the judicial system.

I have talked to many people in my profession, i.e. long distance CDLdrivers, who are in
and out of your Commonwealth. They are experiencing the same treatment as I have
received. Since they are usually never in the same place twice, this makes a de novo
appeal unlikely or impossible, with the added difficulty that control of where we travel,
time of delivery and pickup, is in the hands of a dispatcher.

 I would appreciate a response to my inquiry above, and to the Complaint. Thank you for
your consideration and any assistance you are able to render solving, what I consider a
very serious ongoing problem in our judicial system.

Sincerely,

Jason H. Hill

jhh:rib
Enclosure

Jason H. Hill
2781 Raymond Drive
Latrobe, Penna.
(724) 787-0110
February 20, 2004

John Conte, District Attorney
Commonwealth of Massachusetts
Courthouse, Room 220
2 Main Street
Worchester, Massachusetts, 10608

Re: Complaint to the Committee on Professional Responsibility for Clerks
    of the Supreme Judicial Court of the Commonwealth of Massachusetts

Dear Sir:

Enclosed is a letter I wrote to the Committee on Professional Responsibility for Clerks of
the Supreme Judicial Court registering a complaint regarding my view of how the
Assistant Clerk-Magistrate of Ware, Massachusetts conducted a hearing in my case.

I am sending this information to give you notice of how the lower courts ignore court
procedures in the in the area of traffic violations and/or misdemeanors. In a criminal case
"due process", facing one's accuser, etc. is followed to the letter. Does placing a traffic
violation in a civil court automatically throw out the Constitution of the United States, the
Bill of Rights and the Civil Rights Act in the area of jurisprudence? Are the checks
and balances of the Executive, Legislative and the Judicial no longer a viable means of
making sure each part of government fulfills its responsibility to an individual? Has
collecting revenue taken precedence over the judicial system.

I have talked to many people in my profession, i.e. long distance CDL drivers, who are in
and out of your Commonwealth. They are experiencing the same treatment as I have
received. Since they are usually never in the same place twice, this makes a de novo
appeal unlikely or impossible, with the added difficulty that control of where we travel,
time of delivery and pickup, is in the hands of a dispatcher.

 I would appreciate a response to my inquiry above, and to the Complaint. Thank you for
your consideration and any assistance you are able to render solving, what I consider a
very serious ongoing problem in our judicial system.

Sincerely,

Jason H Hill

Jason H. Hill

jhh:rib
Enclosure

Jason H. Hill
2781 Raymond Drive
Latrobe, Penna.
(724) 787-0110
February 18, 2004


Carol Rose, Executive Director
American Civil Liberties Union
99 Chauncy St., Suite 310
Boston, Massachusetts 02111

Re: Complaint to the Committee on Professional Responsibility for Clerks
    of the Supreme Judicial Court of the Commonwealth of Massachusetts

Dear Ms. Rose:

Enclosed is a letter I wrote to the Committee on Professional Responsibility
for Clerks of the Supreme Judicial Court registering a complaint regarding
my view of how the Assistant Clerk-Magistrate of Ware, Massachusetts
conducted a hearing in my case.

This information is being sent to you to give you notice of how the lower
courts ignore court procedures in the in the area of traffic violations and/or
misdemeanors. Since you are a champion for Civil Liberties and Civil
Rights, your input is essential to my grievance. In a criminal case "due
process", facing one's accuser, etc. is followed to the letter. Does placing a
traffic violation in a civil court automatically throw out the Constitution of
the United States, the Bill of Rights and the Civil Rights Act in the area of
jurisprudence? Are checks and balances of the Executive, Legislative and
the Judicial no longer a viable means of making sure each part of
government fulfills its responsibility to an individual? Has collecting
revenue taken precedence over the judicial system.

I have talked to many people in my profession, i.e. long distance CDL
drivers, who are in and out of the Commonwealth of Massachusetts. They
are experiencing the same treatment as I have received. Since they are
usually never in the same place twice, this makes a de novo appeal unlikely
or impossible, with the added difficulty that control of where we travel, time
of delivery and pickup, is in the hands of a dispatcher.

1

In my travels around the county, other people have been experiencing the same treatment as I have (see enclosures). It is unfortunate that the majority of people's contact is with the Magistrate court. This is probably their only contract with the court system. It is no wonder people are pretty fed up with government and it's complete denial of people's rights.

I would appreciate a response to my inquiry above, and to the Complaint. Thank you for your consideration and any assistance you are able to render Solving, what I consider, a very serious ongoing problem in our judicial System.

Sincerely,

*Jason H. Hill*

Jason H. Hill

jhh:rib

Enclosures

Jason H. Hill
2781 Raymond Ave.
Latrobe, Pa. 15650
February 9, 2004

The Hon. Mark L. Wolf
U. S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston., Massachusetts 02210

Attention: Linn A. Weissman, Pro Se Office

Re: Hill v. Commonwealth, C.A. No. 03-12420-MLW

Dear Sir:

Enclosed is a copy of a letter and attachments to the Committee on
Professional Responsibility for Clerks of the Court in Boston, Massachusetts
regarding a Civil Rights Complaint made with reference to a hearing on
Citation No. K3838691 held on 7/03/03.

With your approval, it is requested that this letter be made an amendment to
my Motion for Removal from the Commonwealth Court to the Federal
District Court. It is further requested that the Motion for Removal be granted
based on the fact that my Civil Rights were abrogated or negated on what I
conceive an improperly held judicial hearing. The Complaint itself should
verify why I believe my Civil Rights were abridged.

If you have any questions, please contact me by letter at the above address or
I can be reached at my Cell No. (724) 787-0110.

Thank you for your prompt attention to this matter, and any courtesy you
can grant me.

Sincerely,

*Jason H Hill*

Jason H. Hill

jhh:rib
Enclosures (8)

1

Jason H. Hill
2781 Raymond Ave.
Latrobe, Pa. 15650


10 February 2004

Committee on Professional Responsibility for Clerks of Courts
1 Beacon Street, 3rd Floor
Boston, Mass. 02108

Re: Civil Rights Complaint against
    Assistant Clerk-Magistrate Nancy Flavin
    Acting Magistrate at Hearing Held 12/18/03
    Citation No. K3838691

Gentlemen:

On December 18, 2003 at 1:00 p.m. a Hearing was conducted regarding Traffic Citation K38386912, dated 7/03/03 in Ware District Court, Ware Mass. by Assistant Clerk-Magistrate Nancy Flavin.

This letter is to be considered as filing a Civil Rights Complaint regarding how the Hearing was conducted. Attached is a typed copy of my original notes, duly notarized, made on the day the Hearing was held (a typed copy is also attached).

I entered a Motion for Discovery regarding the radar used for the citing of the ticket (copy enclosed) at Ware District Court on October 8, 2003 (copy attached). This document was stamped by the Clerk at that time. This Motion was never replied to; neither by the Police Officer Peter Harder nor the Prosecuting Attorney in North Hampton, Mass. although they each received a stamped copy of the Motion.

Subpoena Duces Tecum was issued to Officer Peter Harder on Oct. 8, 2003 at the Ware Court House, and was duly stamped by the Clerk. This Subpoena was also ignored (copy attached).

Both of the above documents were ignored thereby violating the "due process of law" under the Fifth and Fourteenth Amendments of the united States Constitution, the Bill of Rights, and the Civil Rights Act of 1964.

The answers to the above Motion for Discovery and the Subpoena should have been made available prior to my Hearing on December 18, 2003 so I could prepare a proper defense.

On October 8, 2003 I entered a plea that; I be heard by a Judge, and a plea that a Court Reporter be present at the Hearing on December 19, 2003 in order to have a written record of the Hearing. These pleas were returned to me without answer (copies attached). On January 26, 2004 I entered a Notice to Compel Discovery and a motion to dismiss the charges (copy attached). My appeal date is March 26, 2004.

Since my Motion for a Court Reporter was not answered, I decided to bring a tape recorder to record the proceedings. Prior to the Hearing I was frisked for weapons, which is legal under [392 U.S. 1] and with proper consent [412 U.S. 218]. I contend seizure of my tape recorder, whether voluntary or involuntary, was not legal, as it presented no "clear or present danger". Unreasonable seizure includes actual taking of personal property. The Fourth and Fourteenth Amendment to the Constitution protect persons from unreasonable searches and seizures. A seizure, without probable cause, is unreasonable [296 S.W. 1095, 1097]. Because a person is unaware of their rights under the law does not make this law any less viable. A fair hearing for seizure of property must by accorded prior to deprivation [237 U.S. 309].

The Court did know the law and violated it anyway connoting fraud [726 S.W. 2nd 537, 1987]. Accordingly, consideration of what procedure "due process" may require, under any given set of circumstances, must begin with the precise nature of the government function involved, as well as the intent of that function, and the effect the government action will have on an individual [397 U.S. 254, 262-263]. The recorder's removal and its return after the Hearing clearly showed that the court was denying my right to have a permanent court record for a subsequent hearing violating Procedural "Due Process". The precise nature of the governmental action at Ware District Court, was to deny any recording of the procedure, which was seriously detriment to my private interest, i.e. having a permanent court record which could be used at a later date [397 U.S. 254, 262-263].

In preparation for this hearing I requested information from the Citation Processing Center, Boston, Massachusetts, as to what I would be allowed to bring in my defense. In the response to my request, there was a notation stating I could bring any and all information I wanted for the court magistrate to consider at this hearing.

According to the State of Massachusetts, any papers or information I wished to bring were to be heard and admissible. However, this was not the case. All of the information I brought, none was allowed to be entered. During court proceedings I was instructed by Ms. Flavin to be quiet and hear the charges/notes (i.e. only the notes of Officer Peter Harder and not the traffic ticket specifically) and to only answer "Yes" or "No". Ms. Flavin refused to acknowledge that I had any information, nor did she acknowledge that I had a Motion for Discovery and a Subpoena Duce Tecum at the Court House. She refused to hear any mention of either paper. To date neither of the motions has been answered nor returned to me. This is in direct violation of "due process" of law, Amendment XIV of the united States Constitution.

The Hearing itself was an affront to my Civil Rights, [Civil Rights Act of 1964], and the "due process of law" guaranteed by the Fifth and Fourteenth Amendments of the united States Constitution. The Hearing was conducted as a closed door "secret inquest" in which the public was not allowed to be present. This is in direct conflict to equal protection of the law, under Amendment XIV of the united States Constitution. Without the public present, the court could do or justify anything it decided to do without recourse. A "Secret" or "Closed" Hearing by definition means the Defendant is at the mercy of the Court with little or no recourse as to the facts. This is particularly true since there is no written record of the proceedings except the notes I wrote after the Hearing was over (copy attached).

Massachusetts law says that the ticket for a traffic violation is itself considered presumptive evidence of guilt, and in practice has meant that the police officer writing the ticket does not have to appear at the initial hearing [Mass. Stat. 90C Sec. 3(A)(4)]. The ticket itself was not read into the record and was merely referred to at a later date. Assistant-Clerk-Magistrate Flavin requested Officer Randy Topor to read aloud a Faxed copy of what

3

purported to be notes written by Officer Peter Harder. I requested a copy of the Faxed notes and was told I had no right to see them. There was nothing entered into evidence that these notes were written by Officer Harder on a specific date at a specific time. Officer Topor read the alleged notes in the third person, which further negated their origin. This evidence as read must be considered as Hearsay under the Uniform Rule of Evidence. The fact that the notes were not properly entered into evidence prevents their admissibility under Business Records Exemption [Uniform Rule 63 (3)]. When Officer Topor continued to read from the Faxed copy of what purported to be what Officer Harder wrote, I objected referring to my Motion of Discovery. I was told to "shut up" and if I objected again, he, (officer Topor) told me he would tape my mouth shut. Assistant Clerk-Magistrate Nancy Flavin at that point to sit down and let him finish; these are the rules of this court, "there are no rules, except my rules". This violated my First Amendment of free speech. There was no effort of the Court to find out what happened to the Motion of Discovery. I also asked to see the radar unit read-out and was told I had no right to the printout. Again Amendment XIV was violated by denying "equal protection of the law". In this case it appears that Statutory Law (Legislative Law under the Uniform Commercial Code) is deemed higher than the law of the land i.e. the U.S. Constitution as protected by the Judicial Court System.

A traffic ticket, or Regulatory Law, also known as a "Statute", by its very nature is a private contract with various levels of government, and carries with it certain immunities of rights as defined by the Uniform Commercial Code under Civil Law. One party performs a service, i.e. the Police Department in its duty cites an individual for a traffic violation, which they consider a direct violation of the promotion and maintenance of health safety, morals and general welfare of the public. The other party to this contract, if found guilty of said infraction, is required to pay the Legislative fine. This is a viable private contract under the Statutes of Massachusetts, and as such comes under the Uniform Commercial Code. I tried to enter a "without prejudice" UCC 1-207 plea since I signed the ticket "under duress"; the Power of the Police was omnipresent. This power is subject to, and limited by, "due process" considerations under Amendment X of the Bill of Rights, united States Constitution. I contend I had every right to enter a "without prejudice" plea. The Assistant Clerk-Magistrate Flavin made a ruling this was not a contract and ignored what I had tried to insert into the Hearing.

When Officer Toper finished reading the Hearsay evidence, I was not allowed to present any evidence I considered pertinent to this case. Once again "due process" of law was not adhered to.

IN SUMMARY: Assistant Clerk-Magistrate Nancy Flavin under "color of Law" deprived me of my Civil Rights. It has been held that a United States Federal "Cause of action" may be maintained against a state officer who under "color of law" deprives a person of his civil rights. [42 U.S.C. 1983]; Federal Criminal Code, [U.S.C. Title 18, Part I, Chapter 13, Sec. 242]. Deprivation of Rights under "color of law". The flagrant disregard of the law was unconscionable. The apparent intent of Ms. Flavin was to find me guilty, irrespective of any evidence, which could have found otherwise. It would appear that Ms. Flavin had already determined me guilty prior to the Hearing.

It is also my contention that the "secret hearings" act created in 1978 under law entitled the "Foreign Intelligence Surveillance Act, or FISA, has been incorporated in the Commonwealth of Massachusetts. The intent was to limit the abuses of authority but in fact the outcome appears to have increased the abuses by not honoring "due process", therefore not allowing me to challenge the evidence nor answer charges against me. Due Process, as guaranteed in the Bill of Rights under the XIV Amendment of the united States Constitution, was not adhered to, or in my case was completely eliminated. My right to face my accuser, as guaranteed in our constitution, was totally ignored. It is further my contention that if these abuses, i.e. the abrogation of my constitutional rights, are not challenged in the very lowest courts of the land (where the majority of individuals have contact with the court system) then in the future our rights could also be abused in higher courts.

My sole intent for this complaint is to bring to the Committee's attention to the fact that I did not have a fair Hearing, better known as my "day in court". Being guilty or not guilty is not the question. Having my Civil Rights abrogated or negated is my sole contention for presenting what I conceived to be an improperly held judicial hearing.

My final thought, each individual in that courtroom, when they became a public servant, took an oath of office to ***protect and defend*** the Constitution

5

of the United States of America, which is the very bedrock of American jurisprudence. I find it disheartening and somewhat frightening that public servants could so easily ignore the rights of their fellows citizens, which they are empowered to protect.

Thank you for your prompt attention and consideration of this matter.

Sincerely,

Jason H. Hill

jhh:rib

Enclosures (7)

cc: Tom Reiley, Attorney General, Comm. of Mass.
    John Conte, District Attorney, Comm. of Mass.
    Hon. Mark L. Wolf, U. S. District Court
    Dept. of Justice, Special Litigation Civil Rights Div. Wash. D.C.
    ACLU

<u>Exhibits</u> of state case No K383869I

1st step to Lest step of how the events took place to present

1. Exhibit I citation of speeding was issued to Jason Hill pro-se which is a Defendant in this case matter.

2. Exhibit II shows ware the address was Given to me to send information to. If I choose to.

3. Exhibit III shows the Defendant sent Discovery motion and subpoenas of Documents I Requested at trial and also stated I needed to Review copies of these Documents for trial.

4. Exhibit IV shows I put a note with motions telling clerk of courts to file one and send one Back.

note court has never sent me Back copies I've also Gave an Envelope with prepaid stamps and Address to send Back to?

and Jason Hill pro-se had to Drive to massachusetts to Get copies signed stamped so theirs Documentation these events took place?

5. Jason Hill Pro-se also sent copies to officer and prosecuter in case? also even Gave curtousy call to make sure everyone has Recieved Documents also wile in mass, I hand Delivered 2nd set of Documents to all parties Requesting interrogatories Be answered with subpoenas.

6. Today to Date No Answers?

MEMORANDUM

Dated: 12/18/03 10:00 p.m.

From: Jason H. Hill
        2781 Raymond Ave.,
        Latrobe, Penna. 15650

Re: Traffic Citation: K3838691 Dated: 7/03/03
        Hearing held 12/18/2003 at 1:00 p.m. at Ware District Court

Present:  Assistant Clerk-Magistrate Nancy Flavin
        Officer Randy Topor, Ware Police Department
        Bailiff
        Jason H. Hill

Absent:   Officer Peter Harder, Badge #2, Ware Police Dept.
        The Officer initiating the traffic ticket

The following is my recollection of what occurred at the Hearing held in the

above matter.

I arrived at Court and was checked over or "frisked" for weapons or knives,

etc. I had a tape recorder on my person and the Bailiff took the tape

recorder, which he returned after the Hearing. I sat down outside the Court

Room and waited until approximately 2:00 p.m. when I was called into the

Court Room.

1

I walked over to a table and asked if this is where I sit down. There was a
woman sitting across from me at the table, she replied "Yes." So I sat
down. I noticed a plaque saying "Assistant Clerk-Magistrate Nancy Flavin.
She seemed very friendly at that time. I was sworn in.

I was sworn in at this time. I asked for the rules of the Court. She said
"There are none. It's like this, the Police Officer testifies to the charge, then
I say 'Yes, I did' or 'No I didn't to the charge of speeding."

Officer Topor proceeded to look up my case in some leather bag and
couldn't find the testimony from the arresting Officer Peter Harder.

I was asked to leave the Court Room and wait in the Lobby until the
papers could be found. I was then called back inside the Court Room, and
I sat down again.

Ms. Flavin told Office Topor to tell Officer Harder's story of what
happened on July 3, 2003 regarding the charge of speeding from the papers
that were Faxed from the Police Department.

I asked to see the papers. They, the Court, said I had no right to see the
papers Officer Topor was going to read to the Court.

I asked "Where's the Judge?" Ms. Flavin said," I'm the Judge." I said, "I

2

want a Judge." Ms. Flavin said. "You have no right to a Judge in this Court.

I asked, "Why not?"

 She gets mad and uptight and said, "This is the way it is.   There are no

Rights but my Rights in this Court. I'm the acting Judge here and the rules

are: The Officer says his statement and then you say 'Yes' or 'No'. I said,

"O.K."

The Officer Topor starts reading from the FAX, "The Driver (indicating

me) was heading Northbound and Officer Harder was driving in the

opposite direction (or South) and clocked Mr. Hill with his calibrated radar

at 52 mph in a 40 mph zone."

I objected to the radar (there were no records in the Court regarding the

Radar).  Officer Topor gets mad and says, "Shut Up."

 Then I say, "Objection."

Officer Topor resumes speaking, "Mr. Hill was then sighted for.....

I said "Objection.  I have sent a Discovery Motion to the Court [regarding

the radar] and to the Citing Police Officer Peter Harder.  I was also given

the Prosecutor's Name, Address and the Court's address at that time.

Officer Topor stood up and said, "If you speak again I will personally tape your mouth shut."

I said, "Objection." The Bailiff came and put his hand on my shoulder and said, "Sit down."

Ms. Flavin said, "Mr. Hill please be quiet until he's ( Officer Topor) done with the statement." I complied with her request.

Officer Topor continued reading the statement. "Officer Harder made a U-Turn. Officer Harder said he stopped Mr. Hill's vehicle and sighted him for speeding. [When I saw the Officer turn around I pulled off on the side of the road, I stopped and waited for the Officer to come to my tractor-trailer]. Mr. Hill asked Officer Harder if I could see the readout of the radar unit and he said that I had no right to see the unit. He then said, 'I'll be back with your citation and you stay put.' Mr. Hill waited approximately 20 minutes. Officer Harder gave Mr. Hill the citation for speeding." That was the end of the testimony given by Officer Topor.

Next the Assistant Clerk-Magistrate Ms. Flavin said, "Mr. Hill are these facts true, were you speeding 52 mph in a 40 mph zone?"

I said, paraphrasing UCC 1-207 from a paper I held, "I reserve my right not

To be compelled to perform under any contract or commercial agreement that

I did not enter knowingly, voluntarily...

The Assistant Clerk-Magistrate Ms. Flavin stopped me and said, "This is no

contract, it is a speeding ticket."

I said, "This is a contract I did not knowing or voluntarily enter into. You

people are trying to ruin my livelihood by charging me with this offence

without any chance to defend myself."

She said, "I don't give a Damn. 'Yes' or 'No' Mr. Hill?"

I replied, "I can't answer that."

Ms. Flavin looked stunned and made her determination of "Guilty".

I asked where to I go for Appeal. I was told where to go. I paid $20.00 for

Appeal and the matter will be heard on Friday, March 26, 2004 at 9:00 a.m.

I was then confronted by the Bailiff (who attended my Hearing). He said,

"Don't you understand the Rules around here. Just say 'yes' or 'no, don't'

you understand that?"

I said, "Yes or No, I'm guilty regardless of 'yes' or 'no.' I have no rights

here."

5

I then asked where I get the records for street signs being replaced.  The

Bailiff said. "Up the street you can get all the records of signs being

replaced."

I said to the Bailiff "There will be no more hearing here for me." And I

walked out of the Court House.

2-6-04   —  W.Two

*[notary seal]*
Notarial Seal
William D. Buchanan, Notary Public
Latrobe Boro, Westmoreland County
My Commission Expires July 8, 2006
Member, Pennsylvania Association Of Notaries

Jason H. Hill
Cell Phone # (724) 787-0110

1-8   memorandum written by John H. Hill
RE, traffic citation

12-18-03  10:00 present time

memorandum of what occurred
At this hearing

1 I Arived At court I was

checked over or frisked for

weapons or knives. I had a tape

recorder and the Bailiff kept

the player, he returned polayer

after hearing I set Down

and waited and then around Afternoon

2:00 pm I called into the court
room

I set Down and their was

2 women sitting across from

from the table I'm sitting
At I asked if this is were
I sit Down she replyed yes
so I set Down

Then I noticed the plague

said Assistant clerk of

magistrate

On the plague she seemed

very friendly At that time

then I asked for rules of the

Court she said their is none

It's like this the police officer

testifyres to the charge

2 of 8

3 of 8

she told officer to tell

mr Herders story what

happend on the charge of spered
they said

and the propos were taxed from

the police Dept, I asked to see

propos they said I had no right

to see the propers the

was Roing to Reaid to the court

second I Asked where's the Judge

she said I'm the Judge Issied

I want a Judge she said you

any no Right to a Judge in this court

then she say to me I say

yes I did / or no I didnt

to the charge at ISpeeding

a Her the officer testifyes

so the officer Tried to Look up

my case in some Leather Bag

and couldn't find testomony from

the Arresting officer and picture
then 5 min went By

writing In the Lobby

And I was tell inside

and I set Down

RE, Traffic Citation No _____ Date _____

I said why not she said "mad" and uptight

and said "this is the way it is" There is no right But

my Rights in this court I'm the acting Judge

(Put the magistrates Name Hear) and the rules are (she says) The officer (speaks)

says his statement and then you say Yes or No

I said ok, the officer _____ speaks and says

the Driver was Heading North Bound and mr. harder was

Driving the opposite Direction or and mr Hill was speeding

with calibrated his calibrated Radar said 52 mph

In a 40 mph Zone I objected the Rader to the

officer Gets mad and says shut up Then I

say Objection, officer _____ starts to speak

and says mr. Hill was then sighted for / then I

say objection Because (I sent V motion to court Discovery

also the V police officer has one citins

peterharder

I was also Given the prosecutor's Address

and courts Address,) The officer stood up and

said if you speak I will personelly tape

your mouth shut, I say Objection, so the officer

~~(Bailiff came by put hand on the shoulder and said~~

spoke ~~continue to Read from paper~~ the Assistant clerk

of magistrate spoke _____ and ~~said~~ mr Hill

please Be Quiet till hes Done with the statement

~~I didnt kept~~ I complyed With her request.

and _____ officer finishy recaling out statement.

(I saw officer turn ~~around~~

The mr Harder made u-turn ~~cort~~ ~~to~~ ~~to~~ around

(To Pull off on side of Road)

mr Harder mr Hill Vehicel ~~stopped~~ him and sighted him for
said

speed? (~~states~~ [Add in statement] mr Hill ask officer Harder if

he could see the readout of the radar unit

and he said I have no right to see the unit

Ill Back with your sitation and you stay
Put.)

(so I waited) Approx 20min I receive citation
for speed and that was the end of testimony

Next the Assistant clerk to the magistrate
said mr Hill were these facts true were you
speeding 52 in a 40 zone I said I Reserve my
Right not to be compelled to perform under
Any Contract or Commercial Agreement that I
Did not Enter Knowingly voluntarly / Assistant clerk
magistrate stopped me and said this is no contract
its a speeding ticket I said it is a contract Because
you people are trying to ruin my livelyhood By
charging me with this offence she said I dont
Give a Damm she said yes or no mr Hill
and I said I cant answer that and she
looked stunned and made her Determination
of Guilty I said were Do I Go for App.

1st Door on Left I Paid 20 Dollars
for appeal and New Date at court house ___Date___
and I was Given paper and Reciept and I
was confronted By the Bailiff he said Dont
you Understand the Rules around here Just
say yes or no Dont you understand that
I said yes or no I'm Guilty Regardless
of yes or No I have no rights heare
he said up the street you can Get all the
records of signs Being Replaced. I said
Their will Be no more ~~hearing~~ hearing here for
me and I walked out, J.H. 12-18-03
                          23:30 Finished
            End of -

① Entering City Limits on a two way Highway
Do I submit The unavailability of a
CLEARLY MARKED DEVICE

    Ⓐ A Coresponding DEvice at the time
    in Question Was positioned Behind
    an overgrown Tree and Not In visible
    Sight.
    Ⓑ The age Deteriouration, in This case,
    Rusted Beyond Visability Gives the
    Distance of the Driver

        ① The Coloration Rust In Contrast
        To its positioning in a treed-wooded
        location Blended The two as if one
        Color Making it undistinguishable

        ② the since action of the state
        having Replaced the sign GIVIN
        this incedent proves a submittance
        on their own Part in regards to
        Burden an Responcibility to provide
        The City a clearly marked Device

② IN Addition The Event in Question
Occuring Directly within a mere two
Block Distance Warin no other Vehicels
Were present Therefore Do I contest
Given the unavailability of a clearly marked
Device, The Vacated streets left me no way,
In Comparison To make an Educated
Approximity In Regards to an Exceptible
speed

WARE DISTRICT COURT
Ware, Massachusetts

THE PEOPLE/STATE OF )
MASSACHUTTES, )
Plaintiff, )
                 )    Citation No. K3838691
vs. )    Dated 7/03/03
                 )    Police Agency:  Ware Police Department
JASON H. HILL, )
Defendant )

## MOTION TO COMPEL DISCOVERY

To The Honorable Nancy Duser-Gomez:

On October 8, 2003 I entered two motions at the Ware District
Court House (1) Discovery under Massachusetts Municipal Court Section
Rule 27A Depositions & Discovery and (2) DCM-36 Subpoena Duces
Tecum under Rule 45 Commonwealth of Massachusetts. (Copies attached)
To date neither motion has been answered, although they were properly
entered, and the information was not available at my first hearing held on
December 18, 2003.

I move to dismiss the case on account of the Police Officer's failure to
answer either Motion. I sent the Motions to both the Ware Police
Department and the Prosecutor's Office in North Hampton, Mass., and they
both ignored the requests. If the two Motions in question cannot be
answered in 30 days, I request that the charges against me be dismissed.

I have not waived my right to a speedy trial, and I shouldn't have to. I can
not properly prepare for a trial unless the notes are produced within 30 days.
The Appeal date is set for March 26, 2004.

*Jason H. Hill*

Jason H. Hill
2781 Raymond Ave.
Latrobe, Pa. 15650
Cell No. (724) 787-0110

District Court - office of the clerk Magistrate

James H. Bloom Ware District Court 71 south street

P. O. Box 300 Ware, Mass 01082-0300

---

Jason H Hill

V

Commonwealth of

messachussets

District Court - Peter Harder 02

civil Action No.
K-383869/

---

Form DCM-29 Notice of Application for

Final Judgement for Relief or Dismissal for

Failier to Answer INterrogatories (Rule 33(a))

OCT - 8

Commonwealth of Massachusetts
District Court of Massachusetts

)
)
)        civil action No.
)            K-3838691
)

The parties herein are hereby notifyed that for failier to file timely (answers) (further Answers) to Interrogatories ———,(Plaintiff) (Defendant) herein, has requested that final Judgement for Relief (dismissal) Be Entered against (plaintiff)(Defendant) herein,

Unless said Answers and subpoenas are Answered within (30) days from this Date 9-16-03 of Notice or prior to the filing of the reapplication for a final Judgement for Relief or Dismissal whichever is Later the final Judgement for (Relief)(Dismissal) Applied for will Be entered pursuant to Rule 33(A) Agreements Between parties to Extend the 30 Day period mentioned herein shall be in writing and, Be filed with the Court.

clerk signiture _____        Date stamped time
                                            court stamp

District Court Ware District
James H. Bloom Ware District Court 71 south street
P.O. Box 300 Ware, Mass 01082-0300

Jeson H. Hill

V

Commonwealth
of
Massachussetts
District Courts and
Peter Herder, O2

Citation No.
K - 383869/

Sent July 19Th again sept 6Th 2003
Hand Deliver Oct 8Th 2003

Under The Commonwealth of Massachussets
Municiple Court Section Rule 27A Depositions
and Discovery?

Under The Common Wealth of
Massachussetts Municiple Court Section
2 Rule 27A Depositions and Discovery?

Questions? and Complaints?

1. Name and Barrax you work out of?

2. Type of Rader Unit That was in your car?

3. Why is your name and Badge Number Not legible on Citation But The Name of the town Date Address is?

4. Was the car moving or sitting Behind a Bush When the Driver went By?

5 what Does 54 mph in a 40 MPH zone mean?

6. Was The speed limit Sign very lesible at time of stop.?

7. It was Raining Hard at the time?

8. The Exact location at time of stop?

9. what color was my shirt?

10. what color was the resistration card?

1. what the violation Go to the Alleged Violation That may have occured?

2. what Direction was you facing or Driving at Time of Alleged Violation?

3. Approximatly how fast was the flow of traffic moving?

4. Due To Holiday Eve Was the traffic thick?

5. Does massachussetts Perticipate The 85th Percentile Rule?

6. Is the violation In this instance here a section Code?

7. what color was the Vehical Behind me?

8. Was the Alleged Driver seem to Be Driving IRRatical at the time of stop?

9. How come you were In a Bad mood?

10. were you shot at last night?

11. Who is your supervisor?    and Badge No.

12. Did the Alleged Violation take place on a Interstate Highway?

23. whet the supervisors Renk?

24. How long Here you Been a traffic officer?

25. what was the Road conditions?

26 was the moon full at time of V violetion occur? *Alleged*

27. Did you stop the Right Vehicel?

28. where Did you train to Be a police officer?

29. was you Ever Accused of Harresment?

30. was their a trailer Behind the truck?

31. what was the year and make? of trailer?

32. was their probable cause for the stop?

33. was their an accident Involved?

34. Did you make out a police Report of the ~~scene~~ scene?

35. was the trailer stolen?

36. was the Alleged Driver Being unreasonably unsafe?

7, what

38. Did the Alleged Driver use his or her turn Signal at time of Alleged Violation?

39. Did the Alleged Driver have his or her seat Belt on at time of Violation?

10. Did Driver have any warrents out for his arrest?

11. was all the lights operating During the Alleged Violation?

12. was their Debris or Excess polution Comming from the Alleged Vehical at time of Incident occured?

13. was the Uniform or type of clothing you were wearing a certifyed Police Issued Uniform?

14. was the Alleged squad car unmarked or marked car?

15. what county Bouro twp. city Did Alleged Violation take place?

76. How Far away from me were you when you observed the Alleged Violation?

47. How Did you Determine the Alleged speed?

48. Did you offer to let the Driver look at the readout on the Radar Unit?

49. Was their Blowing objects around when the alleged Violation occured? Like Leaves trash Dust

50. Was your Vehical set up with a ground unit to Keep the radar unit from Giving false signals

51. Do you have and official Inspection of the vehical you were Driving

52. were their power lines Nearby that could cause Interference with the radar unit.



# The Commonwealth of Massachusetts
Motor Vehicle Insurance - Merit Rating Board
Citation Processing Center
P. O. Box 199125, Boston, MA 02119-9125

Customer Service (617)351-4400      Fax (617)351-9660

July 23, 2003

Jason H Hill
2781 Raymond Ave
Latrube, PA 15650-0000

RE: *Traffic Citation Number:* **K3838691**   *Description:* **Speeding**
*Issued by:*   **WAR  Ware Police Dept.**
*Date of Violation:* **07-03-2003**   *Location:* **514   Ware**
*Violator Driver's License:* **21717508 PA**   *Birth Date:* **02-01-1967**
*Violator's Name:*   **Jason H Hill**

The Merit Rating Board (MRB) has received your request for a civil hearing before a court magistrate for the traffic citation identified above. Your hearing request will be reported to the Massachusetts district court listed below. This court under Massachusetts law has jurisdiction for the location where the traffic violation occurred and must be the court to conduct the civil hearing.

The court will schedule a date and time for the hearing. After scheduling the hearing, the court will mail a Hearing Notice to the violator's permanent mailing address from the records of the Registry of Motor Vehicles (RMV).

The enclosed information which was included with your hearing request is being returned to you. You must present any such information when you appear at the civil hearing. If you have any special scheduling needs, you must contact the court.

*District Court:*   **Office of the Clerk-Magistrate**
**James H. Bloom**
**Ware District Court**
**71 South Street P.O. Box 300**
**Ware, MA 01082-0300**
**Telephone: (413)967-3301**

Enclosure(s)

*(handwritten notes:)*
sent out

413-
Phone 967-3571
Police Dept Address
Officer ID or Badge No
02

need to send
Address  prosecutor
1 Gleason Plaza
North Hampton Ma, 01060-

22 North street ware
mass 01082
Herder, Peter

**MASSACHUSETTS UNIFORM CITATION**    TYPE OF CITATION    K 3938691

| DATE CITATION WRITTEN | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE | MOTOR VEH. |
|---|---|---|---|---|
| 01/03/03 | WAR | 02 | 46 | ☑ OPER ☐ OWNER |

**VIOLATOR**

| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | | STATE | CLASS | CDL LICENSE | RACE | SEX | NON-INVENTORY MV SEARCH |
|---|---|---|---|---|---|---|---|
| 21417500 | | PA | A | ☑ YES ☐ NO | W | M | ☑ NO ☐ YES |

| VIOLATOR NAME (Last) | (First) | (Initial) | DATE OF BIRTH |
|---|---|---|---|
| HILL | Jason | H | 02/01/67 |

| ADDRESS | CITY/TOWN | STATE | ZIP |
|---|---|---|---|
| 3981 Raymond Ave | Latrube | PA | 15650 |

**MV**

| PLATE TYPE | MOTOR VEHICLE REGISTRATION NO. | STATE | CDL VEHICLE | HAZARDOUS MATERIAL | MAKE AND TYPE | YEAR | AGENCY |
|---|---|---|---|---|---|---|---|
| PA | AE12738 | PA | ☐ YES ☐ NO | ☐ YES ☑ NO | Inter. TT | 01 | DTK |

| DATE OF OFFENSE | LOCATION OF OFFENSE (include #, st. hwy. city or town) | TIME OF OFFENSE | ACCIDENT |
|---|---|---|---|
| 01/03/03 | Palmer Rd | 8:30 ☑ AM ☐ PM | ☐ YES ☑ NO |

**OFFENSE(S)**

| | CHAP/SEC/SUB | | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|---|
| A. | | ☐ CRIM ☐ CIVIL | | $ |
| B. | | ☐ CRIM ☐ CIVIL | | $ |
| C. | | ☐ CRIM ☐ CIVIL | | $ |
| D. SPEEDING ☐ 90/17 ☑ 90/18 | | CIVIL | 54 MPH IN A 40 MPH ZONE  ☑ POSTED ☐ NOT POSTED  ☐ CLOCKED ☑ RADAR ☐ ESTIMATED | $ 90 |

NOTICE TO VIOLATOR
SEE REVERSE SIDE
FOR INSTRUCTIONS

NOTICE TO OFFICER
ENTER ASSESSMENT $
AND TOTAL DUE $ ONLY
IF YOU CHECK
"ALL CIVIL INFRACTIONS".
ENTER COURT ADDRESS
BELOW ONLY IF YOU CHECK
"CRIMINAL APPLICATION".

**SPEEDING ASSESSMENTS INCLUDE A $25 SURCHARGE FOR THE HEAD INJURY TRUST FUND**    TOTAL DUE $ 115.

COURT ADDRESS

| OFFICER CHECK ONE ONLY | ☑ ALL CIVIL INFRACTIONS (See instruction A on back) | ☐ CRIMINAL APPLICATION (See instruction B on back) | ☐ ARREST | ☐ WARNING (No action required by violator) |
|---|---|---|---|---|

| OFFICER CERTIFIES / ☑ IN HAND TO VIO. | ☐ MAILED TO VIOL. | ☐ IN HAND TO VIOLATOR'S AGENT |
|---|---|---|
| X | | (SIGN) NAME |

VIOLATOR/AGENT ACKNOWLEDGES RECEIPT OF CITATION
X                                    AGENT'S LICENSE NUMBER & STATE

VIOLATOR COPY

If "ALL CIVIL INFRACTIONS" is checked, all the violations with which you are charged are civil infractions. WITHIN 20 DAYS of the date of the citation, you must check either Box 1 indicating you are paying the citation, or Box 2, indicating you are requesting a hearing below. Sign where indicated and mail this citation in the envelope provided. If this citation has more than one violation, you may not pay the citation until those violations for which a hearing has been requested have been resolved.

If you fail to return this citation within 20 days with either Box 1 or Box 2 checked:

- You will lose your right to a hearing;
- You will have to pay substantial late charges, and,
- Your driver's license/right to operate or registration will be suspended until you pay in full, including late charges and reinstatement fees.

☐ **1.** I WISH TO PAY THIS CITATION. I am paying the "TOTAL DUE" shown as a final disposition of this citation and I am waiving my right to a civil hearing before a court magistrate. I understand that such payment is an admission of responsibility for all infractions and payment of the Safe Drivers Insurance Plan and any Registry action under the law. I also understand that such payment is not an admission of guilt, responsibility or negligence in any other criminal or civil proceeding.

**To Pay by Mail:** Make check or money order payable to "Registry of Motor Vehicles". Please write the citation number, your driver's license number and state of issue on your payment. DO NOT MAIL CASH. If your check is returned unpaid, you will be subject to other penalties, subject to civil motor vehicle infraction and subsequent penalties. Place your payment and this citation in the envelope provided and mail it to the address below. NOTE: REMEMBER TO CHECK OFF THE PAYMENT BOX ON THE FRONT OF THE ENVELOPE.

$_____  Total Amount Due

**To Pay by Internet:** http://www.mass.rmv.com

**To Pay by Phone:** call (617/857, 781/339) 351-4500 or 800-858-3926 for area code 508/774-9783/781 & 413 only. 9am-7pm, M-F

☐ **2.** I REQUEST A COURT HEARING. I deny that I am responsible for the civil infraction(s) charged on this citation, and I request a civil hearing, before a court magistrate. I understand that I must appear in court when the court notifies me by mail of the date and time of the hearing. Please place this citation in the envelope provided and mail it to the address below. Note: remember to check off the civil hearing request box on the front of the envelope. I certify that I entered my correct mailing address on front of the envelope and authorize the RMV to make any necessary changes.

X _____
   SIGNATURE OF VIOLATOR

X _____    _____
   SIGNATURE OF VIOLATOR         DATE

Have your citation number and MasterCard, Discover or Visa ready.

_____    7-21-03
SIGNATURE OF VIOLATOR    DATE

**MAIL PAYMENT OR COURT HEARING REQUEST TO:**

**CITATION PROCESSING CENTER**
Box 199125, Boston, MA 02119-9125

If "CRIMINAL APPLICATION" is checked you will be granted a hearing, as to whether a criminal complaint should issue against you if you sign below and return this citation WITHIN 4 DAYS to the Clerk-Magistrate of the court named on the front of this citation. Any accompanying civil infractions will be determined during the criminal proceedings and cannot be paid in advance.

X _____    _____
   SIGNATURE OF VIOLATOR         DATE

TO SEAL — REMOVE BACK FLAP ONLY, MOISTEN OTHER SIDE OF THIS FLAP, AND FOLD OVER.

20 Jason Hill
2781 Beymond Ave
Latrobe Pa 15650
☐ CHECK HERE IF NEW ADDRESS

☐ PAYMENT
☐ HEARING REQUEST
☑ Jury trial

PLACE STAMP
HERE
The Post Office
will not deliver
mail without
postage

CITATION PROCESSING CENTER
P.O. BOX 199125
BOSTON, MA 02119-9125

REMOVE THIS EDGE BEFORE MAILING

▼            ▼                ▼              ▼

K3838691

**REMEMBER:**

- Check off either the "Payment" or "Hearing Request" box on the front of this envelope.
- When making a payment, include the total amount due.  DO NOT SEND CASH.  Please write the citation number, your driver's license number and state of issue on your check or money order.
- Enclose the original citation.  Make a copy of the citation for your own records.
- Do not include letters or other information you want a court magistrate to consider; instead, bring this information to your hearing.
- Report address changes on the front of this envelope.

District Court - Office of The Clerk-Magistrate

James H. Bloom Ware District Court 71 south street
P.O. Box 300 Ware, Ma 01082-0300

Phone (413) 967-3301

Jason H. Hill

V

Commonwealth
of
Massachussetts
District Courts - Peter Herder, Q2
of Massechussets

Date of act 07-03-03

Civil Action No.

K - 3838691

Form DCM-36 (Subpoena Duces TE CUM)
(Rule 45) Commonwealth of Massachussetts
District Court of Massachussetts

To _____ you Are Hearby Commended
   Arresting officer Badge No.

IN The Name of the Commonwealth of Massachussetts To Give Copies of Documents, Records All Needed to Prepare for trial I will need list(s). Names and Types of Documents, Records and how I want to Be Recieved In a timely mannor and also need some time to study and Go over these Documents and Records to prepare for trial?

1. The Radar Units Calibration Records and maintenance Records IN. Numerical order with all Pages Numbers clear and in Ledgible form, also all Pages Intect,

2. a copy of the officers radar training Certifications.

3. The agentcey's F.C.C. Federal Communications Commission licence, a copy?

4. List(s) of All models, makes and serial Numbers of all radar units being Used by your agentcey?

5. also added I need a copy of your training manual with all Pages Intact and all Numbers of Pages Visible from front to Back?, also In Readable form,

6 the Actual Radar Itet at trial

6. also would need to see a <u>mechanics report(s)</u> to make sure theirs a static aliminator in patrol car to make sure the units working properly from Engine fan noise Air Conditioning Blower Interference sigals. or possible false Readings.

7. also Need a copy of the Book or manual of the Reder used at time of Aleged Incident occured.
also All Pages must Be marked, all intact, in numerical order.

8. Also The radar unit Itself with tuning forks at time of trial

9 Also would like to subpoena the officers supervisor To Ask Questions about the ~~offer~~ officers penmanship and unproffessional menor.

Your failer to provide same within the time provided under Discovery Rule 27 under massachussetts code within 30 Days Period Will Result In Dismissial and or Sanctions also will Be By the Commonwealth according to massachussetts Laws with all Witnesses and/or reports

Please Be Guided Accordingly

If you have Immediate Questions you may call me 24/7 (724) 787-0110)

County Hearing Request to

Citation Process Center Box 199125, Boston Mass,
02119-9125

Date 07-15-03

Jason H. Hill
DL 21717508 Fed
Commercial Driver

V

Commonwealth
Of
Massachusetts
Dist court of
Massachusetts

Arresting officer of were
Massachusetts

Badge No.
ficers Name

civil Action No.
K 3838691

Date of cit 07-03-03

Demand for Jury Trial?
Of 12 at my own piers also Everyone must
speak inglish clearly and also US Decent or citizens
also everyone must    carry a Valid Drivers
Licence .

Court Hearing Request To
Citation Process center Box 199125, Boston Mass.
02119-9125

07-15-03

Jason H. Hill
DL 21717508 Fed
commercial Drive

V

Commonwealth
of
Massachussetts
Dist courts of
massachusetts

resting officer of ware
massachusetts
_____ Badge No. _____

civil Action No
K 3838691

Date of cit 07-03-03

Under The Massachusetts     Federal - and
The constitution 5th and 14th Admendments Demand for
court Reporter for Record Keeping In case
of Appeal Process, also for Documentation and Docket sheets
for the case.

04903 WARE DI

07/25/03

WARE DISTRICT COURT
OFFICE OF THE CLERK-MAGISTRATE
71 SOUTH ST   PO BOX 300
WARE, MA 01082-0300
(413) 967-3301

THE HEARING YOU REQUESTED HAS BEEN SCHEDULED ON
DATE _Nov 20 2003_ TIME __9:00 AM__ AT THE COURT ABOVE.
IF YOU FAIL TO APPEAR, YOU WILL LOSE YOUR RIGHT TO A HEARING.

_Dec 18th 1:00pm_

HILL, JASON H
2731 RAYMOND AVE
LATRUBE, PA 15650

CITATION NO:   CITATION DATE   ACCIDENT

  K3838691        07/03/03        NO

VIOLATION TYPE:   OPERATOR

LOC: WARE               OFF ID: 02
OFF: NOT ON FILE
PD:  WARE POLICE DEPT.

LIC: 21717508
ST:  PA    CL:        EXPIR:

REG NO: AE12738     MAKE:
ST: PA              EXPIR:

90 18      SPEEDING                    $90

TOTAL AMOUNT ON CITATION         $115

    54 MPH IN A     40 MPH ZONE

IF FOUND RESPONSIBLE AFTER HEARING:

    MAKE CHECK PAYABLE TO:
  REGISTRY OF MOTOR VEHICLES

  MAIL THIS FORM AND CHECK TO:
    RMV CITATIONS-PAYMENTS
  REGISTRY OF MOTOR VEHICLES
  POST OFFICE BOX 199125
  ROXBURY, MA 02119-9125

THIS FORM AND YOUR CHECK MUST BE
RECEIVED BY THE RMV WITHIN 20 DAYS
FROM THE JUDGMENT DATE UNLESS AN
ALTERNATE DUE DATE WAS ORDERED BY
THE COURT.

COURT USE ONLY AFTER HEARING

## NO CONTINUANCES WILL BE GRANTED

Directions to Ware District Court

From Route 9 going East: Take Route 9 into
Ware. This brings you to the Main Street.
At the 2nd set of lights, take a right onto
South Street. The court is 1/2 mile on the
right.

From Route 9 going West: Take Route 9
into Ware. At the first set of lights, take
a left. The Court is 1/2 mile on the right.

From Mass Turnpike: Get off exit 8
(Palmer exit). Take a left onto Rt. 32 N.
Follow into Ware (about 10 miles). This
brings you to the Main St. in Ware. At
the 2nd set of lights, take a right onto
South Street. The Court is 1/2 mile on
the right.