THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| Jason H. Hill Pro se , <br> Plaintiff <br><br> vs. <br><br> Nancy Flavin, Assist. Clerk-Magistrate <br>   Ware District Court, Ware, Mass., et al <br> Defendants | : <br> : <br> : <br> : <br> : Civil Case No. <br> : 1:03-Cv-1240 <br> : <br> : Judge Wolf <br> : |

MOTION FOR EMERGENCY MEETING

Plaintiff in the above-named Civil Case does respectfully request that

The Hon. Mark L.Wolf hold an Emergency Meeting due to an event

that occurred after the Notice of Removal was filed with your Court.

The Defendant, Nancy Dusck-Gomez, First Justice in Ware,

Massachusetts, held a hearing on a traffic violation after the case was

removed from her Court on Civil Rights violations. As a result of the

hearing, Defendant Nancy Dusck-Gomez notified the Commonwealth

of Massachusetts, Registry of Motor Vehicles that the Plaintiff had

been found guilty. The Registry of Motor Vehicles informed the

Plaintiff that as of June 2, 2004 his CDL license was being revoked.

Copy of directive attached. This has the effect of jeopardizing my livelihood.

1

All this was done in direct defiance of a direct order regarding jurisdiction of this Honorable Court. The Notice of Removal has placed jurisdiction of the case in Ware, Massachusetts to the U.S. District Court in Boston, Massachusetts.

For the above reason an Emergency Meeting at the at this Honorable Court is requested.

Respectfully Requested,

*Jason Harry Hill*

Jason Harry Hill, Pro Se

Jjhh:rib

07/25/03
```
              WARE DISTRICT COURT
              OFFICE OF THE CLERK-MAGISTRATE
              71 SOUTH ST  PO BOX 300
              WARE, MA 01082-0300
                 (413) 967-3301
```

THE HEARING YOU REQUESTED HAS BEEN SCHEDULED ON
DATE _Nov 20, 2003_ TIME _9:00 AM_ AT THE COURT ABOVE.
IF YOU FAIL TO APPEAR, YOU WILL LOSE YOUR RIGHT TO A HEARING.

_Dec 18, 2003 1:0pm_

```
HILL, JASON H                                  6749A000012/18/03NOVO        20.00
2701 RAYMOND AVE
LATRUBE, PA 15650
```

```
CITATION NO:   CITATION DATE   ACCIDENT
  K3838691        07/03/03       NO
VIOLATION TYPE:  OPERATOR
LOC: WARE              OFF ID: 02
OFF: NOT ON FILE
PD: WARE POLICE DEPT.
LIC: 21717508
ST: PA    CL:       EXPIR:
REG NO: AE12738   MAKE:
ST: PA            EXPIR:

90 18      SPEEDING                    $90



  TOTAL AMOUNT ON CITATION          $115


   54 MPH IN A    40 MPH ZONE



IF FOUND RESPONSIBLE AFTER HEARING:
   MAKE CHECK PAYABLE TO:
   REGISTRY OF MOTOR VEHICLES
   MAIL THIS FORM AND CHECK TO:
      RMV CITATIONS-PAYMENTS
   REGISTRY OF MOTOR VEHICLES
   POST OFFICE BOX 199125
   ROXBURY, MA 02119-9125
THIS FORM AND YOUR CHECK MUST BE
RECEIVED BY THE RMV WITHIN 20 DAYS
FROM THE JUDGMENT DATE UNLESS AN
ALTERNATE DUE DATE WAS ORDERED BY
THE COURT.
```

COURT USE ONLY AFTER HEARING
MAGISTRATE CONDUCTING HEARING _Nancy Hauser_

"X" IF VIOL. FAILED TO APPEAR ( ✓ )
"X" IF VIOL. WAIVED HEARING  (   )

| AMOUNT ORDERED | JUDGMENT | DATE |
|---|---|---|
| $ 115 | R | 12/18/03 |
| $ | | |
| $ | | |
| $ | | |

$ 115    TOTAL AMOUNT DUE
ALTERNATE DUE DATE:

JUDGE CONDUCTING APPEAL (IF ANY)

"X" IF VIOL. FAILED TO APPEAR ( ✓ )
"X" IF VIOL. WAIVED HEARING  (   )

| AMOUNT ORDERED | JUDGMENT | DATE |
|---|---|---|
| $ 90 | R | 3/26/04 |
| $ | | |
| $ 25 | | |
| $ 115 | TOTAL AMOUNT DUE | |

ALTERNATE DUE DATE:

# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
### P.O. Box 199100. Boston, MA 02119-9100

www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

05/03/04

HILL, JASON H
2781 RAYMOND AVE
LATRUBE, PA 15650

DOB: 02/01/67

LICENSE NUMBER: 21717508        PA

You are hereby notified effective 06/02/04, your license/right to operate a motor vehicle will be suspended, by automatic application of law, because you have defaulted on the assessment and fines noted below:

| Assessment | Offense --Date-- | Default --Date-- | Citation | Offense/Location |
|---|---|---|---|---|
| 90.00 | 07/03/03 | 04/30/04 | K3838691 | SPEEDING / WARE |
| 30.00 | Late Fee | | | |
| 25.00 | Release Fee | | | |
| 145.00 | Total, Please Pay This Amount | | | |

In order to avoid this pending suspension you must mail your check/money order for the assessment above, with a copy of this notice, to the following address: RMV Citations-Payments, P.O. Box 199125, Roxbury, Ma 02119-9125 or appear at a full service Registry of Motor Vehicles office nearest to you before the effective date of the suspension noted above.

If you fail to comply with these instructions before the effective date of the suspension, your license or right to operate all motor vehicles within the Commonwealth of Massachusetts will be suspended and your right to renew your registration will be denied on that date without further notice.

When your license or right to operate has been suspended, you must immediately cease to operate all motor vehicles until your license or right to operate has been reinstated. During this time, you may not apply for a license or a learner's permit. If you are a non-resident, you must cease to operate all motor vehicles within the Commonwealth of Massachusetts.

Note: If your license/right to operate becomes suspended as a result of failing to comply with this notice, at the time of your reinstatement you will be required to pay an additional $100.00 reinstatement fee. Make check payable to RMV.

Kimberly Hinden, Registrar

```
07/25/03           WARE DISTRICT COURT
                   OFFICE OF THE CLERK-MAGISTRATE
                   71 SOUTH ST  PO BOX 300
                   WARE, MA 01082-0300
                   (413) 967-3301
```

THE HEARING YOU REQUESTED HAS BEEN SCHEDULED ON
DATE _Nov 20, 2003_ TIME _9:00 AM_ AT THE COURT ABOVE.
IF YOU FAIL TO APPEAR, YOU WILL LOSE YOUR RIGHT TO A HEARING.

*Dec 18th 1:00 pm*

```
HILL, JASON H
2731 RAYMOND AVE
LATRUBE, PA 15650
```

```
CITATION NO:   CITATION DATE   ACCIDENT
   K3833691       07/03/03        NO
VIOLATION TYPE:  OPERATOR
LOC: WARE                OFF ID: 02
OFF: NOT ON FILE
PD:  WARE POLICE DEPT.
LIC: 21717508
ST:  PA    CL:      EXPIR:
REG NO: AE12738    MAKE:
ST:  PA            EXPIR:
90 18      SPEEDING             $90




    TOTAL AMOUNT ON CITATION    $115

         54 MPH IN A   40 MPH ZONE


IF FOUND RESPONSIBLE AFTER HEARING:
    MAKE CHECK PAYABLE TO:
    REGISTRY OF MOTOR VEHICLES
    MAIL THIS FORM AND CHECK TO:
       RMV CITATIONS-PAYMENTS
       REGISTRY OF MOTOR VEHICLES
       POST OFFICE BOX 199125
       ROXBURY, MA 02119-9125
THIS FORM AND YOUR CHECK MUST BE
RECEIVED BY THE RMV WITHIN 20 DAYS
FROM THE JUDGMENT DATE UNLESS AN
ALTERNATE DUE DATE WAS ORDERED BY
THE COURT.
```

COURT USE ONLY

**NO CONTINUANCES WILL BE GRANTED**

Directions to Ware District Court

From Route 9 going East: Take Route 9 into Ware. This brings you to the Main Street. At the 2nd set of lights, take a right onto South Street. The court is 1/2 mile on the right.

From Route 9 going West: Take Route 9 into Ware. At the first set of lights, take a left. The Court is 1/2 mile on the right.

From Mass Turnpike: Get off exit 8 (Palmer exit). Take a left onto Rt. 32 N. Follow into Ware (about 10 miles). This brings you to the Main St. in Ware. At the 2nd set of lights, take a right onto South Street. The Court is 1/2 mile on the right.