UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| Jason Harry Hill, Pro Se<br>Plaintiff | : <br>: <br>: |
| vs. | : <br>: Civil Case No.<br>: 1:03-Cv-12420-MLW |
| Nancy Flavin, Asst. Clerk-Magistrate<br>   Ware District Court, et al<br>Defendants | : <br>: Judge Wolf<br>: |

## MOTION TO AMEND CAPTION

The Plaintiff hereby requests this Honorable Court to amend the caption in this case to read as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| Jason Harry Hill, Pro Se<br>Plaintiff | : <br>: <br>: |
| vs. | : <br>: Civil Case No. |
| Nancy Flavin, Asst.Clerk-Magistrate<br>   Ware District Court | : 1:03-Cv-12420<br>: |
| James H. Bloom, Clerk-Magistrate<br>   Ware District Court | : Judge Wolf<br>: |
| Nancy Dusck-Gomez, First Justice<br>   Ware District Court | : <br>: |
| Officer Randy Topor, Ware Police Dept. | : |
| Officer Peter Harder, Badge #2<br>   Ware Police Department | : <br>: |
| Eliazabeth Scheibal, District Attorney<br>   Ware, Massachusetts | : <br>: |
| Tom Reilly, Attorney General<br>   Commonwealth of Massachusetts | : <br>: |

1

2

Respectfully Submitted,

*Jason Harry Hill*

Jason Harry Hill, Pro Se