UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

Jason Harry Hill, Pro Se                   :
Plaintiff                                  :
                                           :
                                           :
vs.                                        : Civil Case No.
                                           : 1:03-Cv-12420-MLW
                                           :
Nancy Flavin, Asst. Clerk-Magistrate        :
   Ware District Court, et al             : Judge Wolf
Defendants                                 :

CERTIFICATE OF SERVICE

     I, Jason Harry Hill, Pro Se, hereby certify that on the _____ of _____, 2004, I caused to be served the foregoing Plaintiff's MOTION TO AMEND CAPTION by depositing a copy in the United States mail, first class postage prepaid, in _____, _____ addressed to the following:

The Hon. Mark. L. Wolf
U. S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suit 2300
Boston, Massachusetts 02210

*Jason Harry Hill* (signature)

Jason Harry Hill
2781 Raymond Avenue
Latrobe, Pennsylvania 15650
(724) 787-0110

| Nancy Flavin, Asst. Clerk-Magistrate | James H. Bloom, Clerk-Magistrate |
|---|---|
| Ware District Court | Ware District Court |
| 71 South Street | 71 South Street |
| P.O. Box 300 | P. O. Box 300 |
| Ware, Ma 01082-3301 | Ware, Ma 01082-3301 |

Officer Randy Topor,
Ware Police Department
22 North Street
North Hampton, Mass. 01060

Officer Peter Harder
Ware Police Department
22 North Street
Ware, Mass. 01082

Tom Reilly, Attorney General
Commonwealth of Massachusetts
One Exchange Place
Worchester, Mass 10608

Nancy Dusck-Gomez, First Justice
Ware District Court
71 South Street
Ware, Mass 01082-0300

Elizabeth Scheibal, District Attorney
1 Gleason Plaza,
North Hampton, Mas 01060