JASON H. HILL
2781 Raymond Avenue
Latrobe, Pennsylvania 15650
(724) 787-0110
May 12, 2004

Hon. Mark L. Wolf
U. S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Attention: Susan Jenness, Pro Se Clerk

Re: Hill v. Commonwealth, 1:03-Cv-12420-MLW

To The Hon. Wolf:

Enclosed are the necessary papers to complete my Notice of Removal:

1. Declaration of Plaintiff in Support thereof Plaintiff' Motion for Notice of Removal from State Court to U.S. District Court
2. Motion to Amend Complaint for Relief
3. Motion for Joinder of Parties to this Lawsuit Rule F.R.C.P.19

Each of the above motions includes an order and certificate of service.

I need to have these papers filed as soon as possible since each of the Joinders have a direct bearing on the outcome of this Civil Rights Action. I will be filing a Motion for Emergency Meeting in lieu of the fact that Nancy Dusck-Gomez held a hearing although she no longer had jurisdiction. She acted on that hearing by sending the results to the Commonwealth of Massachusetts, Registry of Motor Vehicles, who are revoking my CDL license as of June 2, 2004. This has the effect of jeopardizing my livelihood. I need to have her listed as one of the Defendants so the Motion for the Emergency Meeting can be sent to her, as well as the other Defendants, as required under rules of the Court.

2

Your prompt action on the above matter will be greatly appreciated so I can enter the Motion for Emergecy Meeting, sending a copy of this motion to each of the Defendants with the papers of the Complaint as amended. This Motion will be in your hands by the end of the week if the above Motions can be ordered.

Thank you for your prompt attention, and your reply will be greatly appreciated in order to continue with the next phase of this case.

Respectfully submitted,

*Jason Harry Hill*
JHH

Jason Harry Hill

Jhh:rib

Enclosures

# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
## P.O. Box 199100. Boston, MA 02119-9100
### www.mass.gov/rmv

Customer Service (617) 351-4500
For Help with Suspensions
Please dial (617) 351-7200

05/03/04

HILL, JASON H
2781 RAYMOND AVE
LATRUBE, PA 15650

DOB: 02/01/67

LICENSE NUMBER: 21717508                         PA

You are hereby notified effective 06/02/04, your license/right to operate a motor vehicle will be suspended, by automatic application of law, because you have defaulted on the assessment and fines noted below:

| Assessment | Offense --Date-- | Default --Date-- | Citation | Offense/Location |
|---|---|---|---|---|
| 90.00 | 07/03/03 | 04/30/04 | K3838691 | SPEEDING / WARE |
| 30.00 | Late Fee | | | |
| 25.00 | Release Fee | | | |
| 145.00 | Total, Please Pay This Amount | | | |

In order to avoid this pending suspension you must mail your check/money order for the assessment above, with a copy of this notice, to the following address: RMV Citations-Payments, P.O. Box 199125, Roxbury, Ma 02119-9125 or appear at a full service Registry of Motor Vehicles office nearest to you before the effective date of the suspension noted above.

If you fail to comply with these instructions before the effective date of the suspension, your license or right to operate all motor vehicles within the Commonwealth of Massachusetts will be suspended and your right to renew your registration will be denied on that date without further notice.

When your license or right to operate has been suspended, you must immediately cease to operate all motor vehicles until your license or right to operate has been reinstated. During this time, you may not apply for a license or a learner's permit. If you are a non-resident, you must cease to operate all motor vehicles within the Commonwealth of Massachusetts.

Note: If your license/right to operate becomes suspended as a result of failing to comply with this notice, at the time of your reinstatement you will be required to pay an additional $100.00 reinstatement fee. Make check payable to RMV.

Kimberly Hinden, Registrar