UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

Jason Harry Hill, Pro Se
Plaintiff

vs.

Civil Case No.
1:03-Cv-~~1240~~-MLW
12420

Nancy Flavin, Asst. Clerk-Magistrate
   Ware District Court, et. al
Defendants

## ORDER

AND NOW TO WIT, this _____ day of _____, 2004 upon consideration of Plaintiff's Motion To Amend Complaint for Relief to this lawsuit,

IT IS HEREBY ORDERED THAT THE motion be, and hereby is, granted.

BY THE COURT

_____
MARK L. WOLF
United States District Justice

1