UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

Jason Harry Hill, Pro Se
Plaintiff

vs.

Civil Case No.
1:03-cv-1240-MLW

Nancy Flavin, Asst. Clerk-Magistrate
Ware District Court, et. al
Defendants


DECLARATION OF PLAINTIFF IN SUPPORT THEREOF
PLAINTIFF'S MOTION FOR NOTICE OF REMOVAL
FROM STATE COURT TO U.S. DISTRICT COURT


I, Jason Harry Hill, say that:

I am the Plaintiff and Pro Se in the above-entitled case in the U. S. District Court, District of Massachusetts (Boston), Case No. 1:03-cv-1240-MLW declare in support of my NOTICE OF REMOVAL filed on 3/22/04 incorporated herein by reference.

I have read and have had explained to me the filed NOTICE OF REMOVAL thereof, and I know that comments of my own personal knowledge, and the same is true except for matters stated upon information or belief. I believe them to be true, and the facts

1

therein are true and correct.

I declare under penalty of perjury the facts in the NOTICE OF REMOVAL is true and correct, and this declaration is made on this 12th day of May, 2004 at Latrobe, Pennsylvania

*Jason H. Hill*

Jason H. Hill, Pro Se
Declaration of Plaintiff
2781 Raymond Avenue
Latrobe, Pennsylvania 15650
(724) 787-0110

2