# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JASON HILL**

          **Plaintiff**

       **v.**                            **C.A. No. 03-12420-MLW**

**COMMONWEALTH of MASSACHUSETTS**
          **Defendants**


## JUDGMENT

**WOLF, D. J.**


       In accordance with the Court's Order dated **June 18, 2004** in the above-referenced action, it is hereby ORDERED:


       This case is remanded to the court from which it was removed.


                          **By the Court,**


**June 30, 2004**                    **/s/ Dennis O'Leary**
**Date**                                **Deputy Clerk**